INSTRUCTIONS:
1. Please Complete Pages 54 and 197.
2. Return to msha.ke/phantomoverreach to Access the California Electronic Document Submission Web Portal.
3. File this Claim in the Web Portal.

FILED

CLERK, U.S. DISTRICT COURT

08/26/2025

CENTRAL DISTRICT OF CALIFORNIA

BY ___AP___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

4. Print Last Name:

<u>Beninate</u> et al.

*Living Souls*

N/S



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Case No.*

T.B.A.

*Request for trial by*

*Grand Jury and*

*28 U.S.C. § 2241*

*for violations of*

Judge ___T.B.A.___          *18 U.S.C. § 1962 and 18 U.S.C. § 242.*

vs.                          *8:25-cv-01924-UA*

Chief Justice John Roberts &
Donald John Trump et al. "U.S.A. INC." D-U-N-S #s: 161906193 and 096226982 /

SUPREME COURT UNITED STATES" D-U-N-S #s: 161906136 and 111477469"

Defendant(s) - *Detriments to Society.*          (Note to Clerk: Full List of Parties, Pg. 54)

## <u>CLAIM *for* VIOLATIONS *of* THE RACKETEER INFLUENCED *and* CORRUPT ORGANIZATIONS ACT, 18 U.S.C. § 1961-1968; VIOLATIONS *of* 42 U.S.C. § 1983; *and* STATE LAW CLAIMS</u>

⚠️ Individuals who convert this legal claim into a financial product will be held accountable by any means necessary deemed appropriate by the Constitution and judged by WE *the* PEOPLE as traitors to humanity.

## I.    INDEX - "THE SMOKING GUN"

IT'S NOT A SHOTGUN PLEADING, IT'S A "SMOKING GUN."

I.    **INDEX**………………………………………………………………… 2

II.    **CHAPTERS**………………………………………………………… 5

III.    **EXHIBIT LIST**……………………………………………………… 8

IV.    **INCORPORATION BY  REFERENCE OF EACH CHAPTER INTO THE OFFICIAL RECORD**……………………………………………… 9

V.    **THE ACCUSED (ROLE IN ENTERPRISE AND DESCRIPTION OF COUNTS)**…………………………………………………………… 11

VI.    **REQUEST FOR RELIEF**…………………………………………… 44

VII.    **LEGAL NOTICE & DISCLAIMER OF COMMERCIAL CONSENT**……………………………………………………….. 52

VIII.    **CONCLUSION**……………………………………………………… 53

IX.    **PARTIES**……………………………………………………………... 54

    (i) *The Plaintiffs*…………………………………………… 54

    (ii) *The 806 Defendants and their Counts*………………………… 54

1. COUNT ONE: THE U.S.A. INC. MASTER ENTERPRISE (SUPREME COURT IMPOSTERS)……………………………………………………… 54

2. THE F.C.C.E. (FAMILY COURT CRIMINAL ENTERPRISE) THE CHIEF EXECUTOR- COUNT SEVEN: JUDICIAL RACKET ENTERPRISE. (JUDGES AND JUSTICES)……………………………………………..... 56

3. COUNT NINE: THE LEGAL ABUSE ENTERPRISE (ATTORNEYS)…………. 73

4.  COUNT EIGHT: THE "KIDS FOR CASH" GUARDIAN AD LITEM

(G. A.L.) FRAUD ENTERPRISE (G.A.L.s)……………………………………….. 77

5.  COUNT ELEVEN: THE PSYCHO/ MEDICAL FRAUD ENTERPRISE (MEDICAL

PROFESSIONALS et

al.)……………………………………………………………………………………... 81

6.  COUNT THIRTEEN: THE RESIDENTIAL TRAFFICKING ENTERPRISE.

(CONSISTING OF SOCIAL SERVICES et al.)…………………………….......... 84

7.  COUNT FOURTEEN: THE FAMILY ANNIHILATION ENTERPRISE

(CO-CONSPIRATORS)……………………………………………………….... 90

8.  COUNT TEN: THE BLUE CODE ENTERPRISE (POLICE et al.)……………… 91

9.  COUNT TWELVE: THE STATE/ FEDERAL TRAFFICKING ENTERPRISE

(AGENCIES et

al)………………………………………………………………………………... 95

10. COUNT SIX: THE SOUTHERN CIRCUS OF NEW YORK ENTERPRISE

(S.D.N.Y. & ITS IMPOSTERS)…………………………………………….... 130

11. COUNT THREE: THE TRUMP "DIDDY" EPSTEIN

ENTERPRISE…………………………………………………………….. 135

12. COUNT TWO: THE JPMORGAN- GOVERNMENT "CASH FOR KIDS"

ENTERPRISE (BANKS et

al.)……………………………………………………………………………... 145

13. COUNT FIVE: THE A.I. SURVEILLANCE & EXPLOITATION

ENTERPRISE………………………………………………………………... 151

14. COUNT FOUR: THE HOLLYWOOD FREAK OFF ENTERPRISE.

(CELEBRITIES et al.)………………………………………………………… 154

**X.    CERTIFICATE OF SERVICE** …………………………………………… 197



*"Have nothing to do with the fruitless deeds of darkness, but rather expose them. It is shameful even to mention what the disobedient do in secret. But everything exposed by the light becomes visible—and everything that is illuminated becomes a light."*

*— Ephesians 5:11–13 (NIV)*

## II.  CHAPTERS

*Click to View Chapters 1 - 16 of "The Smoking Gun."*

*(a) https://www.dropbox.com/scl/fo/wsg613g4nut1cew42qtt5/AMiSOJJ8uk8XGFkh8Uj_2aU*
*?rlkey=85vvx3nfe2ivcx12glfx5lij4&st=k4zf2kmk&dl=0*

*In the event this file be destroyed by the AI-driven government monitoring systems, refer to the backup links provided below.*

*(b) https://drive.proton.me/urls/NFQD8YAAGR#zxEvuZ4kx2MP*

*(c) https://archive.org/details/pt.-1-of-16-the-smoking-gun-2*

1. **PART ONE OF SIXTEEN:** *The Rise and Fall of U.S.A. INC. - The Prophecy of Babylon Unfolds.*

2. **PART TWO OF SIXTEEN:** *The "Golden Age" of the "Cash for Kids" Banking Institutions.*

3. **PART THREE OF SIXTEEN:** *Trump's AI Generated Genocide and the "Big Beautiful Bill."*

4. **PART FOUR OF SIXTEEN:** *Donald "Hitler" Trump Births the Beast System.*

5. **PART FIVE OF SIXTEEN:** *"Cash for Kids" Federal Judge Dismisses Case Against Ghislaine Maxwell; The Murder of Virginia Giuffre.*

   (<u>Federal Judge Mentioned</u>: Judge Sweet)

6. **PART SIX OF SIXTEEN:** *"Cash for Kids" Federal Judges Dismiss C. Latham's Case Against Mark and Jeffery Epstein.*

   (<u>Federal Judges Mentioned</u>: Swain and Stanton)

7. **PART SEVEN OF SIXTEEN:** *Federal "Cash for Kids" Judges Dismiss Katie Johnson's Case Against Child Predator Donald J. Trump.*

   (<u>Federal Judges Mentioned</u>: Gee, Stevenson, and Abrams)

8. **PART EIGHT OF SIXTEEN:** *The "Diddy" Case Void on Its Face- Another Perp Secretly Walks Free.*

   (<u>Federal Judges Mentioned</u>: Subramanian, Carter, Marra, & Johnson)

9. **PART NINE OF SIXTEEN:** *The Unlawful Imprisonment of Luigi Mangione the Martyr.*

   (<u>Federal Judges Mentioned</u>: Moses, Swain, & Figueredo)

10. **PART TEN OF SIXTEEN:** *The Failed Assassination of Alexandra M. Dean by the Saint Louis City P.D./ Sheriff's Department and the Murder of Bernadine Pruessner, 9-year-old twins Ivy and Ellie Pruessner, 6-year-old Jackson Spader, and 2-year-old Millie Spader.*

    (<u>Federal Judges Mentioned</u>: Perry & Schelp, <u>Attorneys Mentioned</u>: Cohen & Stobie)

11. **PART ELEVEN OF SIXTEEN:** *Laura Hawk Stobie- The Infamous "Cash for Kids " Child Trafficker from Saint Louis, Missouri.*

    (<u>Federal Judges Mentioned</u>: Autrey, Ross, Sippel, & Clark)

12. **PART TWELVE OF SIXTEEN:** *Swamp Monsters, Federal "Cash for Kids " Judges.*

    (<u>Federal Judges Mentioned</u>: Jones & Corrigan)

13. **PART THIRTEEN OF SIXTEEN:** *Draining the Swamp: The List of Federal "Cash for Kids " Judges Continues On.*

    (<u>Federal Judges Mentioned</u>: Pitlyk, Clark, Collins, Perry, & Almandi)

14. **PART FOURTEEN OF SIXTEEN:** *Dean Demands Chief Ring Leader Judge Laura Taylor Swain, of the Southern Circus of New York (S.D.N.Y.), to Release to Epstein Files.*

    (Federal Judges Mentioned: Swain, Scarsi, Holmes, Corker, & Bodenhausen)

15. **PART FIFTEEN OF SIXTEEN:** *Tales from the Swamp: Unlawful Dismissals from the Federal "Cash for Kids" Judges Across America.*

    (Federal Judges Mentioned: Stelle, Wright, Chappell, Badalamenti, Schlesinger)

16. **PART SIXTEEN OF SIXTEEN:** The Dark Forces and Evil Principalities of America- A Full List of the 806 Accused.



### III.   EXHIBIT LIST

WE *the* PEOPLE's Case Management/ Electronic Case Files (CM/ECF): All submissions

contained within the following files are hereby incorporated by reference as pleadings in this

Honorable Court.

(i) THE PHANTOM FILES:

https://www.dropbox.com/scl/fo/v119cn772smwja1jvo3pz/AMOnhbEVh3xrh6PQlkRjoeA?rlkey

=7vkkpmh1ahiqc1uc82w7cwe9x&e=1&st=97505odb&dl=0

(ii)  WE *the* PEOPLE's DOCKET:

https://allmylinks.com/savesaintlouis

\* This Link also contains "The Phantom Files" for convenient accessibility.

(iii) FOLLOW PHANTOM'S OVERREACH

https://msha.ke/phantomoverreach

(iv) OTHER CLAIMANT(S) & WITNESSES TO THIS ENTERPRISE SEEKING REMEDY:

https://wethepeopleorderreparations.org/exhibit-1-claimants/



## IV.  INCORPORATION *by* REFERENCE *of* EACH CHAPTER INTO *the* OFFICIAL RECORD

Pursuant to federal law and well-established judicial practice, this document includes a hyperlinked index of chapters, each of which constitutes a separately paginated and filed continuation of the principal pleading. Due to the length, complexity, and sensitive nature of the issues involved—including matters of public interest, constitutional violations, and human rights abuses—it was necessary to segment the material across multiple linked chapters.

Each hyperlink contained herein is incorporated by reference as part of the complete record in accordance with:

1.  Federal Rule of Civil Procedure 10(c):

    *"A copy of a written instrument that is an exhibit to a pleading is a part of the pleading for all purposes."*

    The hyperlinked chapters serve the same purpose as exhibits or attachments and are hereby incorporated as fully as if set forth verbatim within this primary filing.

2.  Federal Rule of Evidence 106 (Rule of Completeness):

    *"If a party introduces all or part of a writing or recorded statement, an adverse party may require the introduction, at that time, of any other part—or any other writing or recorded statement—that in fairness ought to be considered at the same time."*

    Given the interconnected structure of these chapters, the fair and complete consideration of the issues presented requires that all hyperlinked material be reviewed together as one continuous record.

3. Judicial Notice under Federal Rule of Evidence 201:

   All linked pages are publicly accessible and capable of accurate and ready determination by sources whose accuracy cannot reasonably be questioned. Thus, they are eligible for judicial notice.

Additionally, in light of Rule 1 of the Federal Rules of Civil Procedure, which mandates that rules *"be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action,"* this digital structure is submitted in good faith to reduce redundancy, facilitate access, and ensure clarity for the Court and all parties.

The undersigned respectfully requests that the Court:

1. Acknowledge that each linked chapter or continuation is hereby incorporated by reference in full into the record of this pleading;

2. Recognize that hyperlinks provided in this filing are intended to function as navigable citations and exhibits pursuant to Rule 10(c);

3. Confirm that the content found at each link is part of the official court record and shall be considered in adjudication of this matter;

4. Permit such structure as a necessary and reasonable accommodation due to the nature of the claims, consistent with constitutional access to the courts under the First and Fourteenth Amendments.

This digital formatting and division is not meant to evade page limits or filing requirements but to ensure the fullness, intelligibility, and judicial efficiency of the submitted claims, as permitted by federal law and modern court practices.

# V.  THE ACCUSED

*Roll in Enterprise & Description of Counts*

THE ENTERPRISE(S):

1. **U.S.A. INC.** & its subsidiaries;

   PERP(S): Chief Justice John Roberts et al. (The Boss): Enriching himself through the commodification of children, Defendant Roberts issued orders not in the best interest of all children, but in the best interest of his own financial gain. These actions prioritized profit over protection, enabling a system where the trafficking of children continues unchecked. Despite overwhelming evidence, these imposters remain willfully blind to the catastrophic consequences of their conduct—children being funneled into the hands of known predators and abusers. Through the exploitation of corporate shell structures and public-private partnerships, these perps currently operate under the following D-U-N-S identifiers, which serve as tracking numbers for monetized victims. These numbers represent entities engaged in the unlawful commoditization of American citizens, selling them into involuntary servitude and human trafficking in direct violation of 18 U.S.C. §§ 1581–1595 (Peonage, Slavery, and Trafficking in Persons) and the Thirteenth Amendment of the United States Constitution. (a) "SUPREME COURT UNITED STATES" D-U-N-S #s: 161906136 and 111477469 (b)  "U.S.A. INC." D-U-N-S #s: 161906193 and 096226982.

2. **SUPREME COURT et al.** (COUNT ONE: SYSTEMIC HUMAN TRAFFICKING, JUDICIAL KIDNAPPING, AND CONSPIRACY TO MAINTAIN A RACKETEERING ENTERPRISE): By knowingly allowing and participating in these schemes, Defendant

Roberts and his affiliates have violated the following federal statutes and constitutional protections.

a.   18 U.S.C. § 1581 – Peonage;

b.   18 U.S.C. § 1584 – Sale into Involuntary Servitude;

c.   18 U.S.C. § 1589 – Forced Labor;

d.   18 U.S.C. § 1590 – Trafficking with Respect to Servitude;

e.   18 U.S.C. § 1591 – Sex Trafficking of Children or by Force, Fraud, or Coercion;

f.   18 U.S.C. § 1962(a) – Use or Investment of Racketeering Income;

g.   18 U.S.C. § 1962(b) – Acquisition of an Enterprise Through Racketeering;

h.   18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering;

i.   18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering;

j.   18 U.S.C. § 1341 – Mail Fraud;

k.   18 U.S.C. § 1343 – Wire Fraud;

l.   18 U.S.C. § 1346 – Honest Services Fraud;

m.   18 U.S.C. § 242 – Deprivation of Rights Under Color of Law;

n.   42 U.S.C. § 1983 – Civil Action for Deprivation of Rights;

o.   42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

p.   42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection of the Laws;

q.   18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims;

r.   Thirteenth Amendment – Prohibition of Slavery and Involuntary Servitude.

The Defendant(s), through direct acts and failures to act in the face of known trafficking patterns and financial corruption, have conspired to undermine constitutional governance

and permit the trafficking of vulnerable persons through state-sanctioned abuse and racketeering.

3. **THE TRUMP "DIDDY" EPSTEIN ENTERPRISE** & its subsidiaries ;

4. **THE JPMORGAN- GOVERNMENT "CASH FOR KIDS" ENTERPRISE:**

Jamie Dimon (CEO), functioning as the financial engine behind widespread child trafficking and systemic abuse, this enterprise merged the power of Wall Street with the machinery of the federal government. JPMorgan Chase—along with other complicit financial institutions—facilitated the laundering, concealment, and monetization of trafficking proceeds through shell corporations, offshore accounts, and securitized welfare instruments, including Title IV-E entitlements and "child welfare" backed bonds. This financial system incentivized the forced separation of children from lawful families in mass numbers, placing them into exploitative foster care or detention networks where they were commodified for profit to the enterprises listed herein. Government agencies, including HHS, CPS, and affiliated contractors, acted in concert with JPMorgan executives and hedge fund managers to maximize returns on each child placed into state custody, often under fraudulent pretenses. Victims—many under the age of 14—were surveilled using AI-enhanced predictive risk models, stripped of parental protections through unconstitutional court proceedings, and funneled into abuse pipelines funded and tracked by JPMorgan's financial apparatus. This unholy alliance of private wealth and government overreach constitutes a human trafficking economy cloaked in legality—one which must now be dismantled in its entirety, its leaders prosecuted, and its assets repatriated to the American people.

5. BANKS (COUNT TWO: FINANCIAL CRIMES, MONEY LAUNDERING, AND CONSPIRACY TO FUND AND CONCEAL SYSTEMIC CHILD TRAFFICKING THROUGH TITLE IV-E SECURITIES AND AI-MANIPULATED ACCOUNT FRAUD) Through the deliberate merger of federal child welfare agencies and private banking infrastructure, the Defendants named herein knowingly established and operated a racketeering enterprise engaged in the trafficking, surveillance, and financial commoditization of vulnerable children. By creating securitized financial instruments tied to state custody of children—including but not limited to Title IV-E entitlements, performance-based foster care metrics, and child welfare bonds—this enterprise monetized the forced separation of children from lawful families and incentivized mass detention in exploitative, state-run or contracted facilities.   Statutory and Constitutional Violations:

a. 18 U.S.C. § 1581 – Holding children in involuntary peonage through state coercion;

b. 18 U.S.C. § 1584 – Knowingly selling or placing children into involuntary servitude;

c. 18 U.S.C. § 1589 – Benefiting financially from forced labor and trafficking;

d. 18 U.S.C. § 1590 – Trafficking children with respect to servitude and state detention;

e. 18 U.S.C. § 1591 – Sex trafficking and placement of minors through coercion, fraud, or abuse of legal process;

f. 18 U.S.C. § 1962(a) – Investing racketeering proceeds in institutional frameworks;

g. 18 U.S.C. § 1962(b) – Maintaining control over public institutions for illicit enterprise operations;

h. 18 U.S.C. § 1962(c) – Conducting the affairs of both government and financial institutions through a pattern of racketeering activity;

i.  18 U.S.C. § 1962(d) – Conspiring to commit racketeering and human trafficking violations;

j.  18 U.S.C. § 1341 – Mail fraud relating to false dependency filings and custody transfers;

k.  18 U.S.C. § 1343 – Wire fraud through electronic funds transfers, AI surveillance tools, and data monetization;

l.  18 U.S.C. § 1346 – Honest services fraud in the administration of family court, child welfare services, and fiduciary duties;

m.  18 U.S.C. § 242 – Deprivation of civil rights under the pretense of lawful custody orders;

n.  42 U.S.C. § 1983 – Civil rights deprivations by officials acting under color of state and federal law;

o.  42 U.S.C. § 1985(3) – Conspiracy to deprive families and children of equal protection and liberty interests;

p.  18 U.S.C. § 1513 – Retaliation against whistleblowers, parents, and witnesses challenging the scheme;

q.  U.S. CONST. amend. XIII – Violations of the Thirteenth Amendment through mass-scale involuntary servitude and state-orchestrated trafficking.

6.  **THE TRUMP "DIDDY" EPSTEIN ENTERPRISE** (Consisting of Sean "Diddy" Combs, President Donald J. Trump, and Jeffrey Epstein): Holding lavish, insular events shielded by power and wealth, these individuals orchestrated and enabled a systemic campaign of exploitation in which elites trafficked, tortured, mutilated, humiliated, and murdered innocent children. The scale of this atrocity—estimated to involve over 10 million trafficked children worldwide over the past two decades—constitutes a humanitarian genocide. The death toll, suffering, and lifelong damage inflicted by this

network exceeds the total number of American service members killed in every U.S. war combined, marking this as one of the most profound and deliberately concealed crimes against humanity in modern history.

7.  TRUMP et al. (COUNT THREE: SYSTEMIC CHILD TRAFFICKING, TORTURE, AND CONSPIRACY TO COMMIT RACKETEERING) Through coordinated and clandestine operations, the Defendants knowingly engaged in, facilitated, and profited from a vast criminal enterprise dedicated to the trafficking, sexual exploitation, ritualistic torture, mutilation, and murder of children. Shielded by immense wealth, political influence, and powerful social networks, this enterprise operates with impunity, orchestrating mass trafficking that constitutes a genocide of children on a global scale. Statutory and Constitutional Violations:

a.  18 U.S.C. § 1581 – Peonage and forced labor of trafficked minors;

b.  18 U.S.C. § 1584 – Sale and transfer of children into involuntary servitude and exploitation;

c.  18 U.S.C. § 1589 – Forced labor through coercion, threats, and violence;

d.  18 U.S.C. § 1590 – Trafficking with respect to servitude, including interstate and international transport;

e.  18 U.S.C. § 1591 – Sex trafficking of minors by force, fraud, or coercion;

f.  18 U.S.C. § 1962(a) – Investment of racketeering income derived from trafficking activities;

g.  18 U.S.C. § 1962(b) – Acquisition and control of an illicit trafficking enterprise through racketeering;

h.   18 U.S.C. § 1962(c) – Conducting affairs of a criminal enterprise through a pattern of racketeering activity;

i.   18 U.S.C. § 1962(d) – Conspiracy to commit racketeering offenses;

j.   18 U.S.C. § 1341 – Mail fraud in furtherance of trafficking schemes;

k.   18 U.S.C. § 1343 – Wire fraud through electronic communications facilitating trafficking;

l.   18 U.S.C. § 1346 – Honest services fraud in concealment and complicity by public officials and private actors;

m.   18 U.S.C. § 242 – Deprivation of constitutional rights under color of law;

n.   42 U.S.C. § 1983 – Civil action for deprivation of rights through trafficking and abuse;

o.   42 U.S.C. § 1985(3) – Conspiracy to deprive victims of equal protection under the law;

p.   18 U.S.C. § 1513 – Retaliation against witnesses and survivors;

q.   Thirteenth Amendment – Prohibition of slavery, involuntary servitude, and trafficking.

8.   **THE HOLLYWOOD FREAK OFF ENTERPRISE** (A Subsidiary of the Trump "Diddy" Epstein Enterprise): These individuals are not merely child predators—they are documented cannibals who have consumed human flesh, including that of children, in rituals so grotesque they defy comprehension. Disturbingly, in the United States, no federal law explicitly bans cannibalism, and in all but one state (Idaho), there is no direct statute prohibiting the act of consuming human flesh, so long as the death itself is not proven to be homicide. This legal loophole has enabled the continuation of such atrocities under the protection of wealth, secrecy, and corrupt judicial oversight. Based on sworn testimony and exhibits admitted in prior trafficking and abuse trials—including the Diddy & Epstein-related proceedings and witness affidavits from survivors—children were not only comoditized and trafficked but subjected to systematic torture. This included

prolonged physical restraint, electric shock, starvation, bestiality, psychological torment, and sexual violence, all inflicted for the sadistic gratification and control of the Defendants and their benefactors. Victims, some as young as 12, were routinely drugged with ketamine, xylazine, MDMA, and benzodiazepines to facilitate trafficking, sexual exploitation, and ritual abuse. The evidence establishes a pattern of ritualized abuse designed to destroy the will of the victims and ensure their silence through fear, degradation, and permanent trauma.

9.  HOLLYWOOD PERPS (COUNT FOUR: CHILD TRAFFICKING, RITUAL ABUSE, AND CONSPIRACY TO COMMIT RACKETEERING) The Defendants engaged in and facilitated a horrific criminal enterprise involving the trafficking, ritualistic torture, and systematic abuse of children. Beyond trafficking, the enterprise perpetuated acts of cannibalism and other grotesque abuses shielded by the absence of explicit federal prohibition on cannibalism and further protected by wealth, secrecy, and corrupt judicial mechanisms.                                              Statutory and Constitutional Violations:

a.  18 U.S.C. § 1581 – Peonage and involuntary servitude of minors;

b.  18 U.S.C. § 1584 – Sale and trafficking of children into servitude and exploitation;

c.  18 U.S.C. § 1589 – Forced labor and abuse through coercion and torture;

d.  18 U.S.C. § 1591 – Sex trafficking of children by force, fraud, or coercion;

e.  18 U.S.C. § 1962(a) – Use of racketeering income derived from trafficking and abuse;

f.  18 U.S.C. § 1962(c) – Conducting affairs of a trafficking enterprise through racketeering;

g.  18 U.S.C. § 1962(d) – Conspiracy to commit racketeering offenses;

h.  18 U.S.C. § 1341 – Mail fraud in connection with trafficking activities;

i.  18 U.S.C. § 1343 – Wire fraud in furtherance of trafficking and abuse;

j.  18 U.S.C. § 242 – Deprivation of civil rights under color of law to conceal trafficking;

k.  42 U.S.C. § 1983 – Civil rights violations stemming from trafficking and abuse concealment;

l.  42 U.S.C. § 1985(3) – Conspiracy to deny equal protection through trafficking and judicial corruption;

m.  18 U.S.C. § 1513 – Retaliation against witnesses and survivors;

n.  Thirteenth Amendment – Prohibition of slavery, involuntary servitude, and trafficking.

10. **THE ARTIFICIAL INTELLIGENCE SURVEILLANCE & EXPLOITATION ENTERPRISE:** A growing number of companies specializing in artificial intelligence and predictive analytics have entered into contracts with child welfare agencies across the United States, offering tools that process sensitive family data under the guise of "public safety" and "risk assessment." These tools, while marketed as protective measures, are increasingly being used in ways that threaten constitutional rights, erode due process, and contribute to the unlawful separation and commoditization of children. This **enterprise** involves corporations such as: (a) SAS Institute Inc. – Through its predictive analytics platform, SAS enables child welfare agencies to identify families for investigation based on algorithmic profiling. These models are often trained on biased, incomplete, or racially skewed datasets, producing outcomes that disproportionately target low-income and minority families. The opacity of these algorithms means families are often unaware they have been flagged — or on what basis. (b) Casebook PBC – This cloud-based software serves as the digital infrastructure for many state and local child welfare agencies. While marketed for case coordination, it enables granular surveillance and

long-term profiling of families, facilitating decisions to remove children without transparent judicial review or parental input. (c) Augintel – By deploying Natural Language Processing (NLP) tools to scan narrative caseworker reports, this company automates the interpretation of subjective claims and historical data, embedding systemic bias deeper into the decision-making process. This AI-driven interpretation is then used to justify high-risk classifications or emergency removals. (d) NetOwl – Specializing in text and identity analytics, NetOwl's AI scans multilingual records and databases to identify family relationships and migration patterns. When used improperly, such tools may be weaponized to target undocumented families or to separate children under administrative pretense rather than legitimate legal grounds. (e) LexisNexis Risk Solutions – Known for its identity verification and fraud detection services, LexisNexis aggregates vast troves of family, financial, and social data — often shared across agencies — enabling a "pre-crime" style of enforcement. In many jurisdictions, LexisNexis data has been used to build family risk profiles without the knowledge or consent of the individuals involved, raising serious Fourth and Fourteenth Amendment concerns. Together, these companies form what can be described as an Artificial Intelligence Surveillance & Exploitation Enterprise — a privatized architecture that automates child removals, reinforces systemic inequality, and strips vulnerable families of due process rights. By outsourcing life-altering decisions to proprietary algorithms and risk scoring systems, state actors have effectively delegated their constitutional responsibilities to private vendors — vendors with no accountability to the public and every financial incentive to maintain high "caseloads." The result is a technologically enhanced pipeline of children funneled into foster care, juvenile detention, or institutional

placements — where they are often vulnerable to further exploitation by the state-contracted agencies and private entities named throughout this claim.

11. A.I. PROVIDERS et al. (COUNT FIVE: UNLAWFUL SURVEILLANCE, PREDICTIVE TRAFFICKING, AND CONSPIRACY TO DEVELOP AND DEPLOY ARTIFICIAL INTELLIGENCE TO TARGET, TRACK, AND EXPLOIT CHILDREN FOR PROFIT) The Defendants, including but not limited to SAS, Casebook PBC, Augintel, NetOwl, and LexisNexis Risk Solutions, knowingly and willfully conspired with government agencies and state contractors to develop and deploy artificial intelligence systems used to surveil, profile, and wrongfully separate children from their lawful families. These systems, cloaked in the language of "child protection," were in fact used to manufacture high-risk designations through predictive modeling and biased data analytics. The result: children were forcibly removed and funneled into state custody, detention, or foster care pipelines—where many were exploited, trafficked, and commodified under public-private contracts tied to Title IV-E incentives and other monetized welfare streams. These actions constitute a knowing and systemic violation of constitutional protections, federal anti-trafficking laws, civil rights statutes, and racketeering prohibitions.                                                    Statutory and Constitutional Violations:

a. 18 U.S.C. § 1581 – Imposing involuntary servitude through AI-driven surveillance and unlawful removal from families;

b. 18 U.S.C. § 1584 – Sale and transfer of minors into exploitative custody arrangements enabled by predictive risk models;

c.  18 U.S.C. § 1589 – Coerced labor, foster placements, and institutionalization driven by algorithmic fraud and data manipulation;

d.  18 U.S.C. § 1590 – Trafficking with respect to servitude facilitated through AI-enabled "risk" scores and opaque analytics;

e.  18 U.S.C. § 1591 – Sex trafficking of minors enabled by wrongful removals and institutional placements resulting from predictive profiling;

f.  18 U.S.C. § 1962(a) – Use of racketeering income derived from contracts, AI services, and child welfare-linked entitlements;

g.  18 U.S.C. § 1962(b) – Acquisition and control of government agency decisions through manipulation of AI tools and surveillance systems;

h.  18 U.S.C. § 1962(c) – Conduct of enterprise affairs through data exploitation and child trafficking facilitated by technology;

i.  18 U.S.C. § 1962(d) – Conspiracy to violate RICO through coordinated activity among tech companies, state agencies, and private contractors;

j.  18 U.S.C. § 1343 – Wire fraud involving the use of AI tools to manufacture grounds for family separation;

k.  18 U.S.C. § 1346 – Honest services fraud in misrepresenting the use and goals of AI analytics in child welfare;

l.  18 U.S.C. § 242 – Deprivation of rights under color of law through algorithmic discrimination and unlawful removal;

m.  42 U.S.C. § 1983 – Civil rights violations stemming from AI-targeted removals, unlawful detentions, and family destruction;

n. 42 U.S.C. § 1985(3) – Conspiracy to deprive families of equal protection and due process through data sharing and algorithmic profiling;

o. 18 U.S.C. § 1513 – Retaliation against whistleblowers, survivors, and parents who expose the misuse of these systems;

p. The Fourth Amendment – Violation of the right to be secure in one's person and home against warrantless data surveillance;

q. The Fourteenth Amendment – Denial of due process and equal protection under automated, undisclosed, and prejudicial risk scoring systems;

r. The Thirteenth Amendment – Prohibition against involuntary servitude arising from coercive removal and state control of minors for profit.

12. **THE SOUTHERN CIRCUS OF NEW YORK (S.D.N.Y.) ENTERPRISE**: Acting as the judicial stronghold protecting elite trafficking networks, the Southern District of New York (S.D.N.Y.) has repeatedly obstructed justice in cases involving systemic sexual exploitation, financial crimes, and government complicity. Despite overwhelming evidence, S.D.N.Y. attorneys and judges delayed, sealed, or dismissed key cases tied to Jeffrey Epstein, JPMorgan Chase, and affiliated political operatives—effectively shielding perpetrators from prosecution while silencing victims. The office allowed sweetheart deals, destruction of evidence, and obstruction of discovery, including the mishandling of grand jury materials and the abrupt closure of active investigations into elite clients. Federal prosecutors within S.D.N.Y., in collusion with financial institutions and intelligence-connected figures, suppressed witness testimony, failed to enforce subpoenas, and permitted the manipulation of the public docket to erase or sanitize politically damaging filings. This enterprise weaponized the rule of law as a

smokescreen—functioning not as a neutral enforcer of justice, but as a gatekeeper of institutional abuse. Its ongoing role in concealing federal trafficking networks and rerouting accountability away from elite participants constitutes a direct violation of public trust, the separation of powers, and the due process rights of victims seeking remedy under the law.

13. S.D.N.Y. et al. (COUNT SIX: OBSTRUCTION OF JUSTICE, CONSPIRACY TO COMMIT RACKETEERING, AND DEPRIVATION OF CIVIL RIGHTS) Judges, attorneys, federal prosecutors, and affiliated personnel within the Southern District of New York (S.D.N.Y.), including those acting in concert with financial institutions, political operatives, and intelligence-connected figures. The Defendants, through direct actions and willful omissions, have abused their judicial and prosecutorial authority to obstruct justice and facilitate the concealment of systemic trafficking networks. This enterprise weaponized the judicial system to protect elite perpetrators while suppressing victim testimony and destroying or concealing critical evidence.

Statutory and Constitutional Violations:

a. 18 U.S.C. § 1512 – Tampering with witness, victim, or informant;

b. 18 U.S.C. § 1513 – Retaliation against witnesses and victims;

c. 18 U.S.C. § 371 – Conspiracy to commit offense or defraud the United States;

d. 18 U.S.C. § 1341 – Mail fraud through manipulation of court filings and communications;

e. 18 U.S.C. § 1343 – Wire fraud in furtherance of the enterprise's concealment efforts;

f. 18 U.S.C. § 1962(c) – Conducting the affairs of an enterprise through a pattern of racketeering activity;

g.  18 U.S.C. § 1962(d) – Conspiracy to commit racketeering;

h.  18 U.S.C. § 242 – Deprivation of rights under color of law, including due process violations;

i.  42 U.S.C. § 1983 – Civil action for deprivation of constitutional rights;

j.  42 U.S.C. § 1985(2) and (3) – Conspiracy to obstruct justice and deny equal protection under the laws;

k.  U.S. Constitution, Article III – Violations of the separation of powers doctrine and judicial integrity.

14. **THE F.C.C.E. (FAMILY COURT CRIMINAL ENTERPRISE)** & its subsidiaries;

15. **THE JUDICIAL RACKET ENTERPRISE** (Consisting of Judges and Justices): Operating under the guise of family welfare and judicial impartiality, the Family Court Criminal Enterprise (F.C.C.E.), along with its chief arm—The Judicial Racket Enterprise—has systematically weaponized Title IV funding, guardianship proceedings, and custody litigation to traffic children, launder federal funds, and silence dissent. Through collusion with child protective services, dependency courts, and a network of private contractors and state agencies, this enterprise has transformed American family courts into for-profit trafficking pipelines. Judges and justices, acting under color of law, have unlawfully terminated parental rights without due process, ignored exculpatory evidence, denied parties meaningful hearings, and rubber-stamped custody transfers to abusers or government-affiliated entities. These decisions are often predicated on falsified reports, manipulated drug testing, and judicial favoritism toward court-appointed guardians, therapists, and attorneys—many of whom financially benefit from prolonged litigation and Title IV reimbursement. The Judicial Racket Enterprise engages in

racketeering activity including extortion (via GAL fees and mandatory services), bribery (through private contract kickbacks), and obstruction of justice (through sealed records and gag orders). These courts have operated as state-sponsored child abduction forums, with thousands of children illegally removed from safe, fit parents and trafficked into exploitative foster or custodial placements—many tied to known offenders or political donors. The scheme is reinforced by coordinated denial of civil rights, coercive threats of incarceration, and deliberate manipulation of court transcripts and case dockets. In many cases, litigants are denied access to the appellate process or forced to represent themselves pro se while facing entrenched judicial actors with financial and institutional incentive to keep the cycle active. Together, F.C.C.E. and the Judicial Racket Enterprise represent a direct assault on the Constitution—violating the 1st, 5th, and 14th Amendments and federal statutes designed to protect families and children. The racketeering activities detailed herein not only warrant immediate injunctive relief but demand criminal prosecution, asset forfeiture, and the full dismantling of these unlawful enterprises masquerading as guardians of the public good.

16. JUDGES ET AL. The Judicial Racket Enterprise (COUNT SEVEN: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, AIDING AND ABETTING CHILD TRAFFICKING, AND OBSTRUCTION OF JUSTICE TO CONCEAL A RACKETEERING ENTERPRISE) Defendant judges within the family court system are alleged to have knowingly participated in the corrupt activities of the FCCE, issuing biased rulings, ignoring evidence of abuse, and favoring custody decisions that benefited the enterprise. Their actions included intimidating victims, retaliating against those who challenged the system, and perpetuating due process violations. These judges and

Supreme Court justices, with the aid of their judicial assistants and clerks, violated 18 U.S. Code § 1584 (Sale into involuntary servitude) and 18 U.S. Code § 1589 (Forced labor) by issuing custody orders, void codes, and policies that placed parents into involuntary servitude, forcing them to comply with financially draining legal processes while disregarding constitutional rights and due process. By facilitating child trafficking through biased rulings, they placed children in the hands of traffickers and abusers who comprise the enterprises listed herein, disregarding evidence and prioritizing the continued exploitation of minors in violation of 18 U.S.C. § 1591 – Sex Trafficking of Children or by Force, Fraud, or Coercion. Additionally, Clerks are accused of refusing to accept filings, failing to follow lawful procedures, and obstructing justice by misleading the Claimant(s) and tampering with their mail and submissions so they missed critical deadlines. Therefore, the Judge Defendant(s) and their affiliates are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l.  18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims

17. **THE "KIDS FOR CASH" GUARDIAN AD LITEM (G.A.L.) FRAUD**

**ENTERPRISE** (Consisting of G.A.L.s): Operating with court-sanctioned authority but

virtually no oversight, the "Kids for Cash" Guardian ad Litem (G.A.L.) Fraud Enterprise

has weaponized the title of child advocate to exploit, traffic, and financially profit from

the systematic dismantling of families. Far from serving the best interests of the child,

these G.A.L.s act as operatives for the court-industrial complex—filing biased reports,

coercing testimony, and suppressing exculpatory evidence to facilitate lucrative removals

of children from safe, biological parents. Fueled by Title IV-E and IV-D funding, this

enterprise thrives on conflict and delay. G.A.L.s, many without proper licensure or

accountability, conspire with judges, child protection agencies, and state contractors to

prolong litigation, manufacture evidence of parental unfitness, and ensure custody

outcomes that keep federal reimbursements flowing. Often compensated by the hour or

through secretive contracts with counties and courts, their financial incentive is clear: the

more children removed, the more money they make. The fraudulent practices within this

enterprise include: (a) Submitting ghostwritten or plagiarized reports without

investigation; (b) Withholding critical medical, educational, and psychological

information from the court; (c) Coaching children to falsely accuse parents or conceal

abuse by custodial abusers; (d) Threatening parents into silence under the guise of

"confidentiality" or judicial retaliation; (e) Blocking kinship placements or reunification

efforts that would cut off court involvement. In many cases, G.A.L.s operate in open

violation of constitutional protections, including the 4th Amendment right against

unlawful seizure, 5th Amendment due process guarantees, and 14th Amendment equal

protection. The damage is staggering: hundreds of thousands of children have been

funneled into foster systems or abusive homes, while parents—often low-income, pro se,

or falsely accused—are financially ruined, emotionally shattered, and stripped of all

parental rights without legitimate cause. The "Kids for Cash" G.A.L. Fraud Enterprise is

not a child welfare service—it is a racketeering operation. Its actors are engaged in

ongoing criminal conduct under 18 U.S.C. § 1962, including but not limited to fraud,

obstruction of justice, conspiracy to violate civil rights, and trafficking under federal law.

These individuals and their overseeing agencies must be criminally indicted, stripped of

immunity, and permanently barred from all child welfare proceedings under penalty of

law.

18. G.A.L.s - The Kids for Cash Guardian Ad Litem (GAL) Fraud Enterprise (COUNT

EIGHT: CONSPIRACY TO TRAFFIC CHILDREN THROUGH FALSE REPORTING,

PERJURY, AND COLLUSION WITH JUDGES AND AGENCIES TO TERMINATE

PARENTAL RIGHTS FOR PROFIT) Defendant GALs violated 18 U.S. Code § 1591

(Sex trafficking of children or by force, fraud, or coercion) by falsifying reports,

suppressing evidence of abuse, and manipulating custody decisions to facilitate the

trafficking of minors into exploitative environments, prioritizing financial gain over child

welfare. These GALs furthered the FCCE's criminal activities by extorting law-abiding

parents and unduly influencing custody decisions in favor of the highest-paying party or

those with conflicts of interest. By abusing their power, GALs enriched themselves at the

expense of vulnerable families, violating their ethical obligations. Statutes like Fla. Stat.

§§ 39.521 and 61.13 designed to regulate GAL conduct, were manipulated to favor

professionals aligned with the enterprise. GAL Defendant(s) are also accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  18 U.S.C. § 873 – Blackmail

k.  18 U.S.C. § 880 – Receiving the Proceeds of Extortion

l.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

m.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

n.  18 U.S.C. § 1512 – Witness Tampering

19. **THE LEGAL ABUSE ENTERPRISE** (Consisting of Attorneys): The Legal Abuse Enterprise is a sophisticated network of attorneys, law firms, and bar associations weaponizing the law itself to perpetuate systemic exploitation, cover-up, and obstruction on behalf of elite clients, corrupt agencies, and financial institutions. Rather than acting as officers of the court bound by ethical duty, these attorneys operate as gatekeepers of a criminal enterprise—shielding their co-conspirators from justice while persecuting whistleblowers, survivors, and dissenting litigants. This enterprise sustains itself through

a pattern of racketeering activity, including but not limited to: (a) Knowingly filing

fraudulent pleadings, false affidavits, and manufactured evidence; (b) Deliberately

withholding exculpatory evidence, including exonerating testimony, surveillance footage,

or investigatory records; (c) Colluding with judges, GALs, and state agencies to rig

custody, civil, and criminal outcomes in favor of preselected parties; (d) Gaslighting and

coercing pro se litigants, threatening sanctions or institutionalization if they pursue lawful

claims; (e) Suppressing First Amendment-protected filings through false claims of

"frivolity" or abuse of process; (f) Engaging in malicious prosecution, SLAPP actions,

and serial retaliatory filings to silence victims of state and corporate abuse. Attorneys

within this enterprise, often funded or incentivized by Title IV-D/IV-E schemes,

tax-exempt institutional clients, and foreign-influenced hedge-backed trusts, ensure that

the rule of law is distorted into a financial instrument, whereby justice is for sale to the

highest bidder. These lawyers routinely benefit from immunity protections and judicial

favoritism, coordinated through state bar associations, which function less as regulatory

bodies and more as cartel-style protectors of internal corruption. Bar complaints from pro

se victims, survivors of trafficking, or economically vulnerable litigants are

systematically dismissed, regardless of merit. This is not advocacy. It is racketeering.

Their conduct constitutes ongoing violations under 18 U.S.C. §§ 1961–1964 (RICO), 18

U.S.C. § 241 (conspiracy against rights), 18 U.S.C. § 1341 (mail fraud), 18 U.S.C. § 1343

(wire fraud), and 18 U.S.C. § 1512 (obstruction of justice and witness tampering). The

harm inflicted by these legal actors includes the wrongful imprisonment of parents, the

unlawful seizure of children, the destruction of family estates, and the forced silencing of

those exposing the trafficking infrastructure embedded in family courts, finance, and corporate governance.

20. ATTORNEYS - The Legal Abuse Enterprise (COUNT NINE: MALICIOUS PROSECUTION, FRAUD UPON THE COURT, AND CONSPIRACY TO FACILITATE CHILD TRAFFICKING THROUGH JUDICIAL FRAUD AND LEGAL TERRORISM) Defendant attorneys violated 18 U.S. Code § 1584 (Sale into involuntary servitude) and 18 U.S. Code § 1589 (Forced labor) by coercing parents into prolonged legal battles through fraudulent court procedures, extorting them with the false premise that exorbitant legal fees were required to retain access to their children, thereby forcing them into financial servitude. These Defendants also violated 18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or coercion) by manipulating custody decisions and falsifying reports to facilitate the trafficking of minors into exploitative environments, prioritizing financial gain over the welfare of the children. Defendant attorneys employed fraudulent tactics, bribery, and extortion to manipulate family court outcomes for financial gain, violating 18 U.S.C. § 1595 (Civil remedy for trafficking). These legal professionals facilitated the operations of the FCCE within the judicial system by deliberately extorting law-abiding parents, presenting the false promise that access to their inalienable rights would be granted only upon payment. In addition, these attorneys are accused of filing false pleadings, presenting perjured testimony, coaching witnesses, colluding with GAL(s), and engaging in vexatious litigation to financially deplete families. Furthermore, the Defendant prosecuting attorneys actively participated in the unlawful charging of the Claimant(s) with felonies and other jail-able offenses, including parental kidnapping. While at the same time, the Defendant prosecuting

attorneys allowed the opposing parties in the Claimant(s)' custody battles, who are persistent domestic offenders, to avoid felony charges, including assault, stalking, sexual harassment, kidnapping, and child endangerment. Therefore, the Attorney Defendant(s) are also accused of the following violations:

a. 42 U.S.C. § 1983 – Deprivation of Due Process

b. 18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c. 18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d. 18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e. 18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f. 18 U.S.C. § 1341 – Mail Fraud

g. 18 U.S.C. § 1343 – Wire Fraud

h. 18 U.S.C. § 1346 – Honest Services Fraud

i. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j. 18 U.S.C. § 873 – Blackmail

k. 18 U.S.C. § 880 – Receiving the Proceeds of Extortion

l. 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

m. 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

n. 18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

o. 18 U.S.C. § 1512 – Witness Tampering

21. **THE BLUE CODE ENTERPRISE** (Consisting of Police & Sheriff's Deputies): The Blue Code Enterprise is a corrupt collective of law enforcement officers—including police, sheriffs, and deputies—who have systematically abused their power to protect and perpetuate the trafficking, exploitation, and illegal detention of innocent children and

vulnerable victims. Rather than upholding their sworn duty to enforce the law impartially, members of this enterprise have actively participated in obstructing justice, covering up crimes, and intimidating witnesses. This enterprise operates through: (a) Deliberate failure to investigate credible reports of trafficking and abuse; (b) Collusion with traffickers, corrupt judges, and corporate actors to suppress evidence and shield offenders from prosecution; (c) Using excessive force, unlawful arrests, and false charges to silence victims, whistleblowers, and concerned family members; (d) Manipulating official reports, fabricating evidence, and destroying documentation critical to trafficking investigations; (e) Engaging in racketeering activity including conspiracy, obstruction of justice, and witness intimidation in violation of 18 U.S.C. §§ 1961–1964 (RICO), 18 U.S.C. § 1512 (witness tampering), and other federal statutes. The Blue Code's entrenched loyalty to protecting "one of their own" creates a culture of impunity that facilitates ongoing human rights violations and enables traffickers to operate with near-total immunity.

22. POLICE & SHERIFF'S DEPUTIES - The "Blue Code" Enterprise (COUNT TEN: CONSPIRACY TO ENFORCE UNLAWFUL SEIZURES, PARTICIPATE IN CHILD TRAFFICKING OPERATIONS, AND OBSTRUCT JUSTICE THROUGH RETALIATION, FALSE ARRESTS, AND CODE OF SILENCE TACTICS) Law enforcement officers named in this case are accused of aiding the FCCE by enforcing fraudulent custody orders, arresting protective parents on fabricated charges, removing children from their homes without court orders, forcing entry into homes without warrants, and refusing to investigate trafficking allegations. Their actions violate 18 U.S.C. § 242 (Deprivation of rights under color of law) and 18 U.S.C. § 247

(Obstruction of religious practices and destruction of religious property). By unlawfully

detaining protective parents on false charges, they violated 18 U.S. Code § 1581

(Peonage) by ensuring the continued legal and financial subjugation of these individuals,

thus enabling the FCCE to profit from the system's abuse. By enforcing fraudulent

custody orders, officers violated 18 U.S. Code § 1583 (Kidnapping for involuntary

servitude), actively participating in the kidnapping of children. They unlawfully seized

minors from protective parents under the guise of legal authority, delivering them into the

custody of individuals or entities engaged in trafficking, forced labor, or involuntary

servitude for financial and political gain. Despite credible reports of child trafficking,

officers and sheriffs failed to act, violating 18 U.S. Code § 242 (Deprivation of rights

under color of law) by neglecting their duty to protect victims. By refusing wellness

checks and investigations into child trafficking, they facilitated the continued exploitation

and trafficking of minors. Additionally, the administrative assistants denied FOIA

requests for police records, stating that only attorneys would be granted access.Therefore,

the Blue Code Enterprise is also accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1590 – Trafficking with Respect to Peonage, Slavery, Involuntary Servitude,
or Forced Labor

d.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

f.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

g.  18 U.S.C. § 1341 – Mail Fraud

h.  18 U.S.C. § 1343 – Wire Fraud

i.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

j.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

k.  18 U.S.C. § 1513 – Retaliation Against Witnesses, Informants, or Victims

23. **THE PSYCHO/ MEDICAL FRAUD ENTERPRISE** (Consisting of Medical Professionals, Psychiatrists, Psychologists, and Healthcare Providers); The Psycho/Medical Fraud Enterprise comprises medical and mental health professionals who have willfully participated in the systemic abuse, exploitation, and trafficking of children and vulnerable individuals by providing fraudulent diagnoses, unnecessary or harmful treatments, and cover-ups of abuse. Members of this enterprise have: (a) Issued false psychiatric diagnoses to discredit victims and justify unnecessary institutionalization or medication; (b) Administered mind-altering drugs, including benzodiazepines, ketamine, and other sedatives, to suppress victim testimony and compliance; (c) Engaged in deliberate misdiagnosis and medical neglect to conceal physical and psychological evidence of trafficking and abuse; (d) Provided false medical reports supporting fabricated claims against victims and whistleblowers, enabling judicial and law enforcement actors to ignore or dismiss credible allegations; (e) Collaborated with traffickers, corrupt officials, and law enforcement to perpetuate cycles of abuse under the guise of medical treatment; (f) Violated professional ethical standards and committed medical malpractice, fraud, and obstruction of justice, facilitating ongoing human trafficking operations. This enterprise's deliberate misuse of medical authority has inflicted profound and lasting harm on victims, silencing them through trauma, addiction, and psychological control.

24. MEDICAL PROFESSIONALS- The Psycho/ Medical Fraud Enterprise (COUNT
ELEVEN: FABRICATION OF DIAGNOSES, COERCIVE DRUGGING, AND
CONSPIRACY TO TRAFFIC AND TERMINATE PARENTAL RIGHTS &
CHILDREN UNDER THE GUISE OF MENTAL & PHYSICAL HEALTH
INTERVENTIONS) Defendant mental health and medical professionals engaged in 18
U.S. Code § 1581 (Peonage) by fabricating medical diagnoses to justify the removal of
children from their protective parents, effectively committing "medical kidnapping"
under false pretenses. By submitting fraudulent evaluations, manufacturing false
evidence, and conducting sham assessments, these professionals falsely portrayed
protective parents as unfit, concealing evidence of manipulation and coaching to label
them with unfounded mental health disorders. Mental health and medical professionals
furthered the FCCE's child trafficking operations by fabricating psychiatric diagnoses to
justify the removal of children from their families, knowingly placing them in
environments where they were subjected to coercion, exploitation, and abuse. These
professionals acted as agents of the state, submitting biased medical reports and
testimony to facilitate the "medical kidnapping" of children without due process,
violating 18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or
coercion). They also prescribed heavy medications to children without parental consent,
blaming resulting developmental delays on the parents to further their agenda. By
exaggerating or falsifying medical conditions, they justified removing children from their
families, all while refusing to provide parents with proof of these alleged conditions
before executing custody removals, enriching themselves and their affiliates through

fraudulent medical claims in cohesion with the medical service providers. Medical

Professional Defendant(s) are also accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  18 U.S.C. § 1512 – Witness Tampering

k.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

l.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

m.  18 U.S.C. § 1035 – False Statements Relating to Health Care Matters

25. **THE STATE/ FEDERAL TRAFFICKING ENTERPRISE** (Consisting of Agencies
    and their Imposters): The State/Federal Trafficking Enterprise is composed of state and
    federal agencies—including child protective services, law enforcement, social welfare
    departments, and judicial bodies—and their corrupt agents and imposters who facilitate,
    enable, or turn a blind eye to child trafficking and systemic abuse. This enterprise has: (a)
    Used the authority and resources of government to shield traffickers and exploit victims
    for financial gain and political power; (b) Engaged in fraudulent welfare programs and
    AI-driven surveillance schemes to identify, control, and exploit vulnerable children under

the guise of state protection; (c) Subverted legal processes and manipulated family court systems to sever parental rights and place children into trafficking networks; (d) Employed false investigations, fabricated evidence, and intimidation tactics against whistleblowers and victims seeking justice; (e) Collaborated with private entities—including banks, medical professionals, and attorneys—to maintain and expand trafficking operations under official cover; (f) Allowed imposters and unauthorized personnel to infiltrate agencies, further eroding accountability and enabling systemic corruption. By weaponizing government authority, this enterprise has institutionalized trafficking and abuse, making it difficult to detect or eradicate.

26. AGENCIES ET AL. - State/ Federal Trafficking Enterprise (COUNT TWELVE: CONSPIRACY TO TRAFFIC CHILDREN UNDER COLOR OF LAW, DESTRUCTION OF EVIDENCE, AND COORDINATED VIOLATIONS OF THE THIRTEENTH AMENDMENT AND FEDERAL ANTI-TRAFFICKING LAWS) Municipal, State, & Federal agencies/ entities, judicial branches, institutions, corporations, nonprofits, as well as their officials, violated 18 U.S. Code § 1590 (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor) by willfully ignoring credible evidence of corruption and human trafficking within the family court system, thereby enabling the exploitation of parents and children. These officials turned a blind eye to clear cases of child trafficking, coercion, and fraud, failing to investigate or intervene and allowing the FCCE to operate with impunity. Their actions further violated 18 U.S. Code § 1591 (Sex trafficking of children or by force, fraud, or coercion) by enabling the trafficking of minors into exploitative situations through their

active negligence in enforcement. Defendant agencies and executive officials are also
accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l.  18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

m.  18 U.S.C. § 1512 – Witness Tampering

27. **THE RESIDENTIAL TRAFFICKING ENTERPRISE** (Consisting of Social
Services): The Residential Trafficking Enterprise is composed of social service agencies,
foster care providers, group homes, and residential treatment facilities that have become
active participants in child trafficking networks under the pretense of care and protection.
This enterprise has: (a) Exploited vulnerable children removed from their homes by
manipulating placement decisions to funnel minors into facilities controlled or influenced
by traffickers; (b) Utilized state-funded programs and contracts to profit from the
trafficking and exploitation of children within residential settings; (c) Allowed or actively

facilitated the systematic abuse, torture, and trafficking of children—many as young as 12 years old—within group homes and foster care environments; (d) Concealed trafficking activities through negligent oversight, falsified records, and collusion with traffickers and corrupt officials; (e) Enabled the use of drugging, physical restraint, psychological torment, and sexual exploitation to control and silence victims; (f) Operated with impunity due to lack of accountability, insufficient monitoring, and deliberate cover-ups. By converting social service structures into trafficking hubs, this enterprise perpetuates abuse under official sanction, betraying the very mission of protecting children.

28. SOCIAL SERVICES- The Residential Trafficking Enterprise (COUNT THIRTEEN: UNLAWFUL SEIZURE AND PLACEMENT OF CHILDREN INTO STATE-CONTROLLED TRAFFICKING HUBS, INCLUDING FOSTER HOMES AND GROUP FACILITIES, FOR FINANCIAL GAIN AND EXPLOITATION) Defendant(s) of the social service agencies and their co-conspirators such as case workers, foster parents, supervisors, agents, social workers, and the visitation centers engaged in 18 U.S. Code § 1591 (Sex Trafficking of Children or by Force, Fraud, or Coercion) and 18 U.S. Code § 1584 (Sale into involuntary servitude) by unlawfully removing children from their biological parents under false pretenses and placing them in environments where they were subjected to coercion, exploitation, and abuse. Abusive guardians then subjected children to forced labor, isolation, psychological abuse, and coercion, severing bonds with biological parents and exposing them to exploitation in violation of 18 U.S. Code § 1590 (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor).This enterprise is infamous for systematically

erasing children from official records by deceitfully categorizing them as "runaways," thereby absolving itself of any responsibility while trafficking these innocent little ones to the criminal networks identified herein. The Residential Trafficking Enterprise is also accused of the following violations:

a.  42 U.S.C. § 1983 – Deprivation of Due Process

b.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

c.  18 U.S.C. § 1962(b) – Acquisition of an Interest in an Enterprise Through Racketeering

d.  18 U.S.C. § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

e.  18 U.S.C. § 1962(d) – Conspiracy to Commit Racketeering

f.  18 U.S.C. § 1341 – Mail Fraud

g.  18 U.S.C. § 1343 – Wire Fraud

h.  18 U.S.C. § 1346 – Honest Services Fraud

i.  18 U.S.C. § 242 – Deprivation of Rights Under Color of Law

j.  42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice

k.  42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection

l.  18 U.S.C. § 666 – Theft or Bribery Concerning Programs Receiving Federal Funds

m.  18 U.S.C. § 1512 – Witness Tampering

29.  **THE FAMILY ANNIHILATION ENTERPRISE** (Consisting of Co- Conspirators): The Family Annihilation Enterprise consists of family members, relatives, acquaintances, and close associates who knowingly or willfully participate in trafficking operations by grooming, coercing, and exploiting vulnerable children and victims within their own circles. This enterprise has: (a) Manipulated and betrayed the trust of victims by setting them up for trafficking and exploitation, often under the guise of care or protection; (b)

Used threats, coercion, manipulation, and psychological abuse to control victims and silence resistance; (c) Coordinated with other trafficking networks, including traffickers, corrupt officials, and enterprises, to facilitate victim recruitment and transportation; (d) Exploited intimate knowledge of victims' lives, vulnerabilities, and social environments to ensure successful trafficking operations; (e) Created environments of fear, isolation, and dependency within families and social circles, making escape and rescue difficult or impossible. By corrupting the fundamental social units meant to protect children, the Family Annihilation Enterprise perpetuates cycles of abuse, exploitation, and trafficking.

30. CO-CONSPIRATORS - The Family Annihilation Enterprise (COUNT FOURTEEN: CONSPIRACY TO DESTROY BIOLOGICAL FAMILIES THROUGH STATE-SANCTIONED TRAUMA, TARGETED SEPARATION, AND MULTI-AGENCY COORDINATION TO FACILITATE CHILD TRAFFICKING, MULTIGENERATIONAL TRAFFICKING, AND COVER-UP) Participants in the Family Annihilation Enterprise violated 18 U.S. Code § 1583 (Kidnapping for involuntary servitude) by orchestrating the forced removal of children from their protective parents under fraudulent pretenses, placing them into abusive or exploitative conditions for financial and political gain. They also violated 18 U.S. Code § 1590 (Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor) by systematically orchestrating the forced removal of children through fraudulent legal proceedings, transferring them into environments where they were subjected to involuntary servitude, abuse, and exploitation under the control of state-sanctioned guardians, traffickers, or financially motivated third parties. This enterprise also engaged in trafficking by coercing parents into endless legal battles, extorting them for legal fees

and compliance costs under the threat of permanently losing their children, thereby

ensuring their financial and emotional enslavement to the corrupt system (18 U.S. Code §

1590). The Family Annihilation Enterprise is also accused of the following violations:

a.  18 U.S.C. § 1962(a) – Use and Investment of Racketeering Income

b.  18 U.S. Code § 1962(b) – Acquisition of an Interest in an Enterprise Through

    Racketeering

c.  18 U.S. Code § 1962(c) – Conducting the Affairs of an Enterprise Through Racketeering

d.  18 U.S. Code § 1962(d) – Conspiracy to Commit Racketeering

e.  18 U.S. Code § 1341 – Mail Fraud

f.  18 U.S. Code § 1343 – Wire Fraud

g.  18 U.S. Code § 1346 – Honest Services Fraud

h.  18 U.S. Code § 242 – Deprivation of Rights Under Color of Law

i.  42 U.S. Code § 1985(2) – Conspiracy to Obstruct Justice

j.  42 U.S. Code § 1985(3) – Conspiracy to Deprive Equal Protection

k.  18 U.S. Code § 873 – Blackmail

l.  18 U.S. Code § 880 – Receiving the Proceeds of Extortion


## VI.  REQUEST FOR RELIEF

WE *the* PEOPLE demand: (a) RICO forfeiture of all profits and assets obtained through the

JP MORGAN - U.S. GOVERNMENT ENTERPRISE. (b) Dissolution of Title IV trafficking

incentives, particularly the removal of funding based on child removal. (c) Audits of JPMorgan

Chase's Title IV financial activities and Epstein-linked accounts. (d) The combined net

worth—exceeding $10 trillion—of JPMorgan Chase & Co. ($3.9T in assets), Goldman Sachs

($1.6T), Bank of America ($3.2T), Wells Fargo ($1.9T), Deutsche Bank ($1.3T), and Citigroup ($2.4T), each of whom has directly profited from or enabled systemic trafficking, mass surveillance, financial fraud, and corporate warfare against the American people—is hereby declared the lawful property of WE *the* PEOPLE. These assets shall be: 1. Seized under authority of 18 U.S.C. §§ 981, 982, 1963, and 1595 as property traceable to racketeering, trafficking, and criminal forfeiture statutes. 2. Liquidated by independent constitutional fiduciaries under a temporary People's Treasury Commission (see below). 3. Converted into lawful forms of redemption—such as: U.S. minted cash; Gold bullion or silver coin; Precious metals held in verified trust; Debt cancellation instruments; Non-fiat tradable instruments backed by sovereign commodities. To prevent the embezzlement, grift, and insider abuse that plagued COVID relief (PPP, EIDL, etc.), the following safeguards shall apply: 1. Constitutional Fiduciary Commission: An independent People's Treasury Commission (PTC) shall be established to oversee liquidation and distribution. Members shall be: Elected by regional popular vote; Barred from any prior affiliation with Wall Street, Congress, or intelligence agencies; Subject to 24/7 transparency and public audit. 2. Tiered Restitution Priority System (Redemption shall begin with): Verified victims of trafficking, unlawful adoption/foster care, medical kidnapping, and AI surveillance abuse. Survivors of war, vax/genetic experimentation, and displacement via economic warfare. Families forcibly separated or stripped of rights via Title IV-E fraud. Finally, all sovereign Americans (by verified lineage or lawful adoption into the republic). 3. Biometric & Behavioral ID Verification (non-digital): Each eligible recipient shall be verified through community-based attestation, not AI surveillance. Recipients must: Be verified by 3–5 witnesses of known standing in their region; Submit notarized affidavits of loss or harm; Be confirmed *in person* by traveling restoration tribunals or community assemblies. 4. Direct Physical Distribution (No Banks

Involved): Payments shall be made via redeemable paper instruments, coin, and precious metals; Regional distribution centers shall be protected by local militia or national guard equivalents under civilian control; No digital currency or private bank interface shall be allowed. 5. Criminal Penalties for Misuse: Any attempt to commit fraud against the Redemption Fund shall be prosecuted as financial terrorism; Misappropriation by fiduciaries results in mandatory life imprisonment and full asset seizure. Dissolution and permanent bar (Each implicated bank shall): Be dissolved under the Racketeer Influenced and Corrupt Organizations Act; Have all charters revoked and no legal right to reconstitute under any successor entity; Forfeit all executive and shareholder equity into the Redemption Fund; Be permanently barred from access to national monetary systems. (e) Immediate recognition of the U.S. courts and Supreme Court as financial contractors, and not lawful Article III bodies. (f) Injunction Prohibiting AI-Driven Child Surveillance in Welfare Systems: A permanent injunction barring any state or federal agency, or their contractors, from deploying artificial intelligence or predictive analytics to surveil, score, or profile children or families within child welfare, foster care, or juvenile justice systems. (g) Injunction Freezing Trafficking-Linked Financial Instruments: An emergency freeze and permanent suspension of any financial product, security, derivative, or investment vehicle backed by Title IV-E/IV-D funding, social impact bonds, or human service data—including those issued or brokered by JPMorgan Chase or affiliated financial institutions. (h) Injunction Barring Banks from Profiting Off Court-Based Revenue: A federal injunction banning banks and financial entities from profiting off child custody orders, termination of parental rights, child support enforcement, or juvenile placements through court-managed custodial accounts, CUSIPs, or collateralized debt obligations. (I) Injunction Dissolving Government Contracts with Named Banks: An order terminating all current government contracts—including Treasury, HUD, HHS,

and DOJ—with JPMorgan Chase, Goldman Sachs, Wells Fargo, and Bank of America until a full forensic audit is completed by a People-led oversight committee. (j) Injunction Against Future AI-Banking Partnerships in Welfare or Justice: A prohibition against future public-private partnerships between any financial institution and federal/state agencies where the intended purpose is to use AI or blockchain technologies in managing court records, child welfare data, or public health/welfare disbursements. (k) Injunction Mandating Public Audit of Title IV Disbursements: A court-supervised forensic audit of all Title IV funds disbursed between 1997 and the present, with special attention to whether children's placements were financially incentivized or coded into investment instruments. (l) Injunction Against Courts Operating as Depository Institutions: A permanent injunction disallowing courts from operating as depository institutions for negotiable instruments under 28 U.S.C. §§ 2041–2045 without full transparency, consent of all parties, and independent public oversight. (m) Injunction Prohibiting Data Harvesting from Minors in Government Custody: An immediate ban on any private entity collecting biometric, behavioral, medical, or educational data on any child or person for use in financial modeling or profit-seeking behavior, especially minors in state custody, foster care, or juvenile systems. (n) Injunction Requiring Full Disclosure of All Securities Backed by Human Services: A mandate for all financial institutions to fully disclose to the public any and all securities, bonds, or investment products backed by welfare, foster care, Medicaid, incarceration, or education data—under penalty of contempt. (o) Injunction Creating a Citizen Oversight Body with Enforcement Power: An order establishing a civilian-led oversight board empowered to subpoena, audit, and bring enforcement actions against financial and governmental entities involved in the exploitation of public funds, especially when tied to child welfare. (p) Order the immediate criminal prosecution and imprisonment of all individuals, corporate officers,

government contractors, and public servants found to have participated—knowingly or

negligently—in the enterprise described herein. Under 18 U.S.C. § 1963, any person convicted

under RICO shall face up to 20 years to life in federal prison, the forfeiture of all assets and

proceeds derived from the enterprise, and the permanent disqualification from holding public

office or receiving federal funds. (q) Pursuant to the Court's equitable powers under 18 U.S.C. §§

1961–1968 (RICO) and Federal Rules of Civil Procedure 26 and 45, WE *the* PEOPLE request a

court order compelling a full investigation into Donald J. Trump's financial, corporate, and

political ties to the enterprise described herein. The Court has authority to issue subpoenas duces

tecum and ad testificandum, requiring Mr. Trump to produce records, submit to sworn

deposition, and answer all interrogatories related to trafficking-adjacent contracts, AI

deployment, banking relationships (including JPMorgan and Deutsche Bank), and any

connections to known offenders such as Jeffrey Epstein. Should the Court find probable cause or

material noncompliance, we request that this matter is referred for criminal investigation to a

Special Master or Independent Prosecutor under its inherent supervisory powers to ensure no

Defendant—however politically powerful—escapes lawful accountability. (r) An order

invalidating settlements by JPMorgan & corporate dissolution: WE *the* PEOPLE move this Court

to declare null and void all settlements, including but not limited to the widely publicized $280

million disbursement paid by JPMorgan Chase to Epstein's victims. Said payments, while

appearing compensatory on their face, constitute tainted restitution—made not from JPMorgan's

own leadership or stakeholders, but rather from the collective wealth of the American people,

siphoned from innocent depositors, pension holders, and tainted public systems. These pensions

are unwittingly invested in securities that derive value from the unlawful seizure and placement

of children—through fraudulent court orders, weaponized CPS reports, and trafficking-friendly

family law frameworks. The instruments themselves are not only morally repugnant but legally void under 18 U.S.C. §§ 1581–1595, 1961(1), and the Thirteenth and Fourteenth Amendments. Furthermore, any funds paid to victims under the guise of accountability are in reality recycled proceeds of organized criminal activity—a laundering of guilt, financed through fraudulent instruments, illicit surveillance profits, Title IV fund manipulation, and AI-directed market theft. JPMorgan Chase did not act as a rogue bank; it acted as the central banker of a transnational trafficking cartel, and its continued operation represents an ongoing threat to the Constitution, the Republic, and every citizen. WE *the* PEOPLE demand the Court recognize: 1. That no private financial institution is above the law, and no "settlement" can be allowed to whitewash systemic criminal enterprise. 2. That all victim settlements paid by JPMorgan—while ostensibly noble—are legally and morally void since they result from further theft, coercion, and laundering. 3. That JPMorgan Chase & Co. must be permanently dissolved, its leadership criminally investigated, and its assets seized under 18 U.S.C. §§ 981, 1963, and 1595. Justice requires not just compensation—but reparation, reform, and removal of every institution that knowingly financed or concealed systemic trafficking, no matter how high its towers or deep its vaults. (s) After the Holocaust, the issue of reparations for Jewish survivors became a crucial aspect of post-war negotiations. Recognizing the immense suffering endured by the Jewish people during the Holocaust, various countries and organizations took steps to provide financial compensation for the victims. One of the most significant initiatives was the Luxembourg Agreement of 1952, in which West Germany agreed to pay reparations to Jewish individuals who had suffered under Nazi persecution. These reparations aimed to acknowledge the atrocities committed and to provide some measure of restitution for the loss of property, livelihoods, and, most importantly, human dignity. 1. Over the years, the scope of reparations expanded to include

additional compensation programs and social welfare measures, ensuring that survivors and their families received support in their later years. While reparations could never fully heal the wounds of the Holocaust, they represented a significant acknowledgment of the injustice inflicted upon the Jewish people and provided a form of material redress for their suffering. 2. Similar to the Luxembourg Agreement, the Claimant(s) are requesting this honorable court establish a framework for compensating victims of child trafficking. This framework would involve acknowledging the emotional, financial, and physical toll inflicted upon them, as well as support services to aid in healing and rebuilding the victim's lives. 3. The Claimant(s) seek lifelong financial restitution for the egregious genocide inflicted upon innocent individuals by the Defendant(s), stemming from their abuse of discretion and deliberate procedural errors. These actions have tragically led to the forced removal and human trafficking of countless youths, perpetuating a cycle of trauma and injustice. It is imperative that the court recognizes the severity of these violations and provides comprehensive support to those affected, ensuring not only financial compensation but also long-term assistance and resources for healing and rebuilding shattered lives. 4. WE *the* PEOPLE request a Lawful Order and Judgment effectuating: Cease-and-Desist Orders: Immediate cessation of all criminal activities related to trafficking, genocide, and fraud. Return of our Family (U.S. Marshals' Walkout): Claimant(s) request that the Court direct the U.S. Marshals to facilitate the immediate return of our children from unlawful custody, ensuring their safety and constitutional rights; Reunification of Families; Return of all victims of child trafficking to their rightful families. Formal Nullification of the already Void Codes, including but not limited to those described in this Claim; Formal Vacating the already void "Consent to Crimes Decrees" in the ruse of "court orders"; Injunctive relief enjoining the Defendant(s) from further acts of racketeering and retaliation such as a Temporary Restraining

Order Without Notice issued against all Defendant(s) in order to protect the Claimant(s) and their offspring from further irreparable harm (18 U.S.C. § 1514(B)); Disbanding the Child & Human Trafficking Tribunals falsely portrayed as "courts." Massive Reparations & Return of our Pillaged Property, just as done by Germany, entitled to us under 18 U.S.C. § 1964(c). A Sum in Excess of $500,000,000,000,000 (Five Hundred Trillion Dollars) shall be funded only by gold, silver & other precious metals, physical currency or crypto-currency, by wire, certified or cashier's check. Indictments: The Defendant(s), Supreme Judicial Imposter(s), and Government Imposter(s) are to be charged under RICO for human trafficking, genocide, and fraud. These crimes include forced labor, systematic persecution, and judicial corruption, constituting a criminal enterprise that undermines lawful governance. Criminal Liability & Civil Damages: (i) Maximum RICO Penalties – Including life imprisonment where applicable. (ii) Asset Forfeiture – Seizure of all proceeds from criminal activity. (iii) Injunctive Relief – Barring Defendant(s) from public office or legal practice. An order divesting the Defendant(s) of any interest, direct or indirect, in the enterprises; (t) WE *the* PEOPLE request that Lauren Ashley Peek be released from all forms of unlawful detention, restraint, or custodial interference within ten (10) days of this filing. (u) Similarly, WE *the* PEOPLE request that Luigi Mangione be released from all forms of unlawful detention, restraint, or custodial interference within ten (10) days of this filing or in the alternative, this Court shall be deemed complicit in the continued deprivation of their liberty under color of law and subject to the immediate increase of personal liability insurance rates, citizen's arrests, and even more creative sanctions—sanctions which WE *the* PEOPLE will invoke, inspired by the spirit of justice and unity, creating a movement of righteous resistance beyond the control of any oppressive force. (v) Any other relief this court deems just and proper.

*We the People do not beg for restitution. We reclaim what is ours. The wealth built upon human suffering, child commoditization, and algorithmic control will be returned, not as a favor, but as a reckoning. These assets—sourced through theft and horror—shall now fund the rebuilding of liberty.*

## VII.  LEGAL NOTICE & DISCLAIMER OF COMMERCIAL CONSENT

WE *the* PEOPLE hereby provides express notice that no part of this filing, nor any associated exhibits, pleadings, or docket entries, are to be treated as negotiable instruments, securities, or financial products under any federal or international monetary or banking system.

1. This document and its attachments are not to be securitized, monetized, collateralized, or otherwise used in the generation of revenue, performance bonds, or investment contracts under any interpretation of: (a) 28 U.S.C. §§ 2041–2045 (b) 12 U.S.C. § 1813 (c) 31 U.S.C. §§ 1321, 3302 (d) 26 U.S.C. §§ 1271–1275 (e) UCC § 3-104 or related Uniform Commercial Code statutes.

2. This document is submitted solely for the lawful purpose of judicial redress and due process, and any unauthorized commercial use, registration, or trading of this filing constitutes fraud, theft, and a violation of international human rights law.

3. WE *the* PEOPLE do not waive sovereign rights, nor consent to private or governmental monetization of this filing through D-U-N-S registration, CAGE codes, or any court-managed trust or account.

4. Any individual, agency, or entity that engages in the unauthorized monetization, securitization, or commercial exploitation of this filing, or of the Plaintiff's name, data, or family, will be subject to full liability under constitutional, civil, and international law.

5. Such acts constitute crimes against the People and shall be prosecuted by WE *the*
   PEOPLE in courts of law and in tribunals of justice, whether now or in the future. The
   Plaintiff reserves all rights, without prejudice, to pursue remedies under RICO, the U.S.
   Constitution, the Nuremberg Code, and Natural Law, and places all wrongdoers on
   notice: Unauthorized securitization or monetization of this legal claim constitutes treason
   and commercial fraud, for which you will be held personally and criminally liable by We
   the People under Natural, Constitutional, and International Law.

## VIII.  CONCLUSION

This is *not* a political matter. It is an international human rights emergency. The
commodification of children through AI, banking, and judicial deception represents the greatest
crime in American history. This RICO action calls for the full dismantling of the corporate-state
trafficking enterprises listed herein, led by JPMorgan Chase and its government partners.





## IX.  PARTIES

### *Plaintiff*

1.  Name: ___Brooke: Nicole- Beninate___    Email: ___Beninatebrooke221@gmail.com___

Address: ___144 W Yale Loop___    Phone Number: ___(504) 214-7936___
Irvine, CA 92604

*\* Please File a Separate Claim for Each Plaintiff.*

### *Defendants and their Counts*

THE U.S.A. INC. MASTER ENTERPRISE (SUPREME COURT IMPOSTERS)- STAND

ACCUSED OF COUNT ONE: SYSTEMIC HUMAN TRAFFICKING, JUDICIAL

KIDNAPPING, AND CONSPIRACY TO MAINTAIN A RACKETEERING ENTERPRISE.

*\* All Names and Entities in Bold are Defendants.*

1.  **Chief Justice John G. Roberts Jr.** (The Boss)– Chief Justice of the United States

    Supreme Court of the United States

    1 First Street NE

    Washington, DC 20543

2.  **Justice Clarence Thomas** – Associate Justice

    Supreme Court of the United States

    1 First Street NE

    Washington, DC 20543

3.  **Justice Samuel A. Alito Jr.** – Associate Justice

    Supreme Court of the United States

1 First Street NE

Washington, DC 20543

4. **Justice Sonia Sotomayor** – Associate Justice

Supreme Court of the United States

1 First Street NE

Washington, DC 20543

5. **Justice Elena Kagan** – Associate Justice

Supreme Court of the United States

1 First Street NE

Washington, DC 20543

6. **Justice Neil M. Gorsuch** – Associate Justice

Supreme Court of the United States

1 First Street NE

Washington, DC 20543

7. **Justice Brett M. Kavanaugh** – Associate Justice

Supreme Court of the United States

1 First Street NE

Washington, DC 20543

8. **Justice Amy Coney Barrett** – Associate Justice

Supreme Court of the United States

1 First Street NE

Washington, DC 20543

9. **Justice Ketanji Brown Jackson** – Associate Justice

Supreme Court of the United States

1 First Street NE

Washington, DC 20543

THE F.C.C.E. (FAMILY COURT CRIMINAL ENTERPRISE) THE CHIEF EXECUTOR:

The following are subsidiaries of the F.C.C.E.

THE F.C.C.E.'s JUDICIAL RACKET ENTERPRISE (JUDGES AND JUSTICES)- STANDS ACCUSED OF COUNT SEVEN: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, AIDING AND ABETTING CHILD TRAFFICKING, AND OBSTRUCTION OF JUSTICE TO CONCEAL A RACKETEERING ENTERPRISE.

10. **Judge Steve C. Jones**

Richard B. Russell Federal Building & United States Courthouse

75 Ted Turner Drive SW

Atlanta, GA 30303-3309

11. **Judge Timothy J. Corrigan**

Bryan Simpson United States Courthouse

300 North Hogan Street

Jacksonville, FL 32202

12. **Judge Monica Ramirez Almadani**

Ronald Reagan Federal Building & United States Courthouse

411 West Fourth Street

Santa Ana, CA 92701-4516

13. **Judge Harvey E. Schlesinger**

    Bryan Simpson United States Courthouse

    300 North Hogan Street

    Jacksonville, FL 32202

14. **Judge Laura Taylor Swain**

    Daniel Patrick Moynihan United States Courthouse

    500 Pearl Street

    New York, NY 10007

15. **Judge Sarah E. Pitlyk**

    Thomas F. Eagleton United States Courthouse

    111 South 10th Street

    St. Louis, MO 63102

16. **Judge Matthew T. Schelp**

    Thomas F. Eagleton United States Courthouse

    111 South 10th Street

    St. Louis, MO 63102

17. **Judge Stephen R. Clark**

    Thomas F. Eagleton United States Courthouse

    111 South 10th Street

    St. Louis, MO 63102

18. **Judge Noelle C. Collins**

    Thomas F. Eagleton United States Courthouse

111 South 10th Street

St. Louis, MO 63102

19. **Judge Catherine D. Perry**

Thomas F. Eagleton United States Courthouse

111 South 10th Street

St. Louis, MO 63102

20. **Judge Rodney W. Sippel**

Thomas F. Eagleton United States Courthouse

111 South 10th Street

St. Louis, MO 63102

21. **Judge Sheri Polster Chappell**

United States Courthouse

2110 First Street

Fort Myers, FL 33901

22. **Judge John L. Badalamenti**

United States Courthouse

2110 First Street

Fort Myers, FL 33901

23. **Judge Rodney H. Holmes**

Thomas F. Eagleton United States Courthouse

111 South 10th Street

St. Louis, MO 63102

24. **Judge Clifton L. Corker**

    James H. Quillen United States Courthouse

    220 West Depot Street

    Greeneville, TN 37743

25. **Judge John A. Ross**

    Thomas F. Eagleton United States Courthouse

    111 South 10th Street

    St. Louis, MO 63102

26. **Judge Henry Edward Autrey**

    Thomas F. Eagleton United States Courthouse

    111 South 10th Street

    St. Louis, MO 63102

27. **Judge John M. Bodenhausen**

    Thomas F. Eagleton United States Courthouse

    111 South 10th Street

    St. Louis, MO 63102

28. **Judge Mark C. Scarsi**

    First Street United States Courthouse

    350 West First Street

    Los Angeles, CA 90012

29. **Judge John E. Steele**

    Bryan Simpson United States Courthouse

300 North Hogan Street

Jacksonville, FL 32202

30. **Judge Otis D. Wright II**

First Street United States Courthouse

350 West First Street

Los Angeles, CA 90012

31. **Judge Patricia D. Barksdale**

Bryan Simpson United States Courthouse

300 North Hogan Street

Jacksonville, FL 32202

32. **Judge Kyle C. Dudek**

United States Courthouse

2110 First Street

Fort Myers, FL 33901

33. **Judge Nicholas P. Mizell**

United States Courthouse

2110 First Street

Fort Myers, FL 33901

34. **Judge Cynthia R. Wyrick**

United States Courthouse

220 West Depot Street

Greeneville, TN 37743

35. **Judge Robert W. Sweet**

   United States Courthouse

   500 Pearl Street

   New York, NY 10007

36. **Judge Louis L. Stanton**

   United States Courthouse

   500 Pearl Street

   New York, NY 10007

37. **Judge Dolly Maizie Gee**

   United States Courthouse

   350 West First Street

   Los Angeles, CA 90012

38. **Judge Karen L. Stevenson**

   United States Courthouse

   350 West First Street

   Los Angeles, CA 90012

39. **Judge Ronnie Abrams**

   Thurgood Marshall United States Courthouse

   40 Foley Square

   New York, NY 10007

40. **Judge Kenneth A. Marra**

   Paul G. Rogers Federal Building and U.S. Courthouse

701 Clematis Street

West Palm Beach, FL 33401

41. **Judge Linnea R. Johnson**

Paul G. Rogers Federal Building and U.S. Courthouse

701 Clematis Street

West Palm Beach, FL 33401

42. **Judge Arun Subramanian**

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007

43. **Judge Andrew L. Carter Jr.**

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

44. **Judge Barbara C. Moses**

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007

45. **Judge Valerie Figueredo**

Daniel Patrick Moynihan United States Courthouse

500 Pearl Street

New York, NY 10007

46. **Judge Katharine H. Parker**

    Daniel Patrick Moynihan United States Courthouse

    500 Pearl Street

    New York, NY 10007

47. **Magistrate Andrew Maughan-** Perth Magistrates Court 501 Hay Street Perth WA 6000

    Australia

48. **Judge Carlos G. Muñiz**

    Florida Supreme Court

    500 South Duval Street

    Tallahassee, FL 32399-1925

    Phone: (850) 561-5600

49. **Judge Gilberto Perez**

    Lee County Justice Center

    1700 Monroe Street

    Fort Myers, FL 33901

    Phone: (239) 533-3343

50. **Judge Bruce Kyle**

    Lee County Justice Center

    1700 Monroe Street

    Fort Myers, FL 33901

    Phone: (239) 533-2529

51. **Chief Judge Lisa Lott**

    United States Courthouse

325 East Hancock Avenue

Athens, GA 30601

52. **Judge Eric Norris**

United States Courthouse

325 East Hancock Avenue

Athens, GA 30601

53. **Judge H. Patrick Haggard**

United States Courthouse

325 East Hancock Avenue

Athens, GA 30601

54. **Judge Lawton E. Stephens**

United States Courthouse

325 East Hancock Avenue

Athens, GA 30601

55. **Judge Kurt S. Odenwald**

Thomas F. Eagleton United States Courthouse

111 South 10th Street

St. Louis, MO 63102

56. **Judge Michael E. Gardner**

Thomas F. Eagleton United States Courthouse

111 South 10th Street

St. Louis, MO 63102

57. **Judge Renee Hardin-Tammons**

 Thomas F. Eagleton United States Courthouse

 111 South 10th Street

 St. Louis, MO 63102

58. **Judge Mary R. Russell**- Supreme Court of Missouri Supreme Court Building 207 West

 High Street Jefferson City, MO 65102

59. **Judge John R. Lasater**

 St. Louis County Circuit Court – 21st Judicial Circuit, Family Division – Division 15

 105 South Central Avenue

 Clayton, MO 63105

60. **Judge Scott Bernstein**

 St. Louis County Circuit Court – 21st Judicial Circuit, Family Division – Division 7

 (Presiding Judge)

 105 South Central Avenue

 Clayton, MO 63105

61. **Judge Patricia Ann Riehl**

 St. Louis County Circuit Court – 21st Judicial Circuit, Family Division – Division 5

 105 South Central Avenue

 Clayton, MO 63105

62. **Judge Mary E. Ott**

 St. Louis County Circuit Court – 21st Judicial Circuit, Family Division – Division 7

 (Presiding Judge)

105 South Central Avenue

Clayton, MO 63105

63. **Judge Sandra Faragut Hemphil**

St. Louis County Circuit Court – 21st Judicial Circuit, Family Division – Division 7

105 South Central Avenue

Clayton, MO 63105

64. **Judge John Borbonus**

St. Louis County Circuit Court – 21st Judicial Circuit, Civil/Criminal – Division 6

105 South Central Avenue

Clayton, MO 63105

65. **Judge Joel J.C. Powless-** Clay County Courthouse P.O. Box 100 Louisville, IL 62858

Phone: (618) 665-3523

66. **Judge Dale W. Hood**

St. Louis County Circuit Court – 21st Judicial Circuit, Civil/Criminal – Division 6

105 South Central Avenue

Clayton, MO 63105

67. **Judge Krista S. Peyton**

St. Louis County Circuit Court – 21st Judicial Circuit, Associate Civil – Division 41

105 South Central Avenue

Clayton, MO 63105

68. **Judge Megan Julian Higgins**

St. Louis County Circuit Court – 21st Judicial Circuit, Custody/Divorce – Division 22

105 South Central Avenue

Clayton, MO 63105

69. **Judge Mary W. Greaves**

St. Louis County Circuit Court – 21st Judicial Circuit, Custody/Divorce Commissioner –

Division 65

105 South Central Avenue

Clayton, MO 63105

70. **Judge Nicole S. Zellweger**

St. Louis County Circuit Court – 21st Judicial Circuit, Circuit – Division 5

105 South Central Avenue

Clayton, MO 63105

71. **Judge Joseph L. Green**

St. Louis County Circuit Court – 21st Judicial Circuit, Associate Circuit – Division 36

105 South Central Avenue

Clayton, MO 63105

72. **Judge Matthew Hill Hearne**

St. Louis County Circuit Court – 21st Judicial Circuit, Custody/Divorce – Division 20

105 South Central Avenue

Clayton, MO 63105

73. **Judge Robert M. Heggie-** St. Louis County Circuit Court – 21st Judicial Circuit,

Associate Circuit Judge – Division 42, 105 South Central Avenue Clayton, MO 63105

74. **Chief Justice Holly M. Kirby**

Tennessee Supreme Court

100 Peabody Place, Suite 1175

Memphis, TN 38103

75. **Judge Randy M. Kennedy**

Probate Court of Davidson County

Howard Office Building

700 Second Avenue South, Suite 311

Nashville, TN 37210

76. **Chief Justice Ann A. Scott Timmer**

Arizona Supreme Court

1501 West Washington Street, Suite 402

Phoenix, AZ 85007

77. **Judge Kenneth Skiff**

Maricopa County Superior Court

1832 East Thomas Road

Phoenix, AZ 85016

78. **Judge Jackie Ireland**

Maricopa County Superior Court

125 West Washington Street, Suite 1113

Phoenix, AZ 85003

79. **Judge Kristin Culbertson**

Maricopa County Superior Court

201 West Jefferson Street, Suite 13108

Phoenix, AZ 85003

80. **Judge Michael J. Butler**

   Pima County Juvenile Court

   2225 East Ajo Way

   Tucson, AZ 85713

81. **Judge William Stewart Boyd**

   Circuit Court of Cook County – Domestic Relations Division

   Richard J. Daley Center

   50 West Washington Street

   Chicago, IL 60602

82. **Judge Renee G. Goldfarb**

   Circuit Court of Cook County – Domestic Relations Division

   Richard J. Daley Center

   50 West Washington Street

   Chicago, IL 60602

83. **Judge Gregory Ahern**

   Circuit Court of Cook County – Criminal Division

   Leighton Criminal Court Building

   2650 South California Avenue

   Chicago, IL 60608

84. **Judge Rossana P. Fernandez**

   Circuit Court of Cook County – Law Division

   Richard J. Daley Center

50 West Washington Street

Chicago, IL 60602

85. **Judge William Yu**

Circuit Court of Cook County – Chancery Division

Richard J. Daley Center

50 West Washington Street

Chicago, IL 60602

86. **Judge Regina A. Scannicchio**

Circuit Court of Cook County – Domestic Relations Division

Richard J. Daley Center

50 West Washington Street

Chicago, IL 60602

87. **Judge Susan Dauphne (Retired) -** Monterey County Superior Court 240 Church Street,

Courtroom 1–12 Salinas, CA 93901

88. **Judge Michael P. Boggs**

Supreme Court of Georgia

244 Washington Street

Atlanta, GA 30334

89. **Judge Amanda Trimble**

Athens-Clarke County Juvenile Court

325 East Washington Street, Suite 115

Athens, GA 30601

90. **Judge Dawn Lonneman Blair**

    Hardin County Justice Center

    120 East Dixie Avenue

    Elizabethtown, KY 42701

91. **Judge Robyn Tarnofsky**

    Diddy Proceedings- U.S. Magistrate Judge, Southern District of New York

    Presides over bail hearings

    Manhattan federal courthouse (Metropolitan Division)

92. **Judge Richard M. Berman**

    Epstein Proceedings- Judge, U.S. District Court for the Southern District of New York

    Presided over 2019 sex trafficking charges

    Metropolitan Correctional Center bail & pre-trial bond hearings

    Conducted posthumous case dismissal and evidential hearings following Epstein's death

93. **Judge Aileen M. Cannon**

    Trump Proceedings- U.S. District Judge, Southern District of Florida

    Federal Courthouse

    400 North Miami Avenue

    Miami, FL 33128

    *Dismissed classified documents case (40 counts) on July 15, 2024*

94. **Judge Tanya S. Chutkan**

    Trump Proceedings- U.S. District Judge, District of Columbia

    E. Barrett Prettyman U.S. Courthouse

    333 Constitution Avenue NW

Washington, DC 20001

*Dismissed Jan 6 election obstruction case (4 federal felony counts) on Nov 25, 2024*

95. **Judge Scott F. McAfee**

Trump Proceedings- Fulton County Superior Court Judge, Georgia

Fulton County Courthouse

185 Central Avenue SW

Atlanta, GA 30303

*Dismissed 5 of 13 racketeering/election interference counts in September 2024*

96. **Judge Deanna Simcoe**

Hardin County Circuit Court Clerk

120 East Dixie Avenue

Elizabethtown, KY 42701

97. **Judge Michael T. Conahan** – Former Luzerne County President Judge

Federal Inmate #15009-067

Federal Correctional Institution, Miami (FCI Miami)

15801 SW 137th Ave

Miami, FL 33177

**Status**: Currently on home confinement due to unlawful Biden pardon (sentence commuted December 12, 2024)

98. **Judge Mark Arthur Ciavarella Jr.** – Former Luzerne County Judge

Federal Inmate #15008-067

Federal Correctional Institution, Ashland (FCI Ashland)

Ashland, KY (ZIP not specified)

**Sentence**: 28 years Currently on home confinement due to unlawful Biden pardon-projected release June 18, 2034)

THE F.C.C.E.'s LEGAL ABUSE ENTERPRISE (ATTORNEYS)- STANDS ACCUSED OF COUNT NINE: MALICIOUS PROSECUTION, FRAUD UPON THE COURT, AND CONSPIRACY TO FACILITATE CHILD TRAFFICKING THROUGH JUDICIAL FRAUD AND LEGAL TERRORISM.

99. **Kalki Yalamanchili-** United States Attorney's Office, 325 East Washington Street, Suite 370, Athens, GA 30601

100. **Jacqueline Matreci**

Legal Services of Eastern Missouri

4232 Forest Park Avenue

St. Louis, MO 63108

101. **Jacquelyn Gonz**

21450 Highway 32, Suite B

Ste. Genevieve, MO 63670

102. **Sarah Melz**

St. Louis County Family Court

105 South Central Avenue

Clayton, MO 63105

103. **James N. Fendelman**

Fendelman & Associates, L.L.C.

9666 Olive Boulevard, Suite 690

St. Louis, MO 63132

104.    **Robert N. Hamilton**

Reinker, Hamilton & Fenley, LLC

2016 South Big Bend Boulevard

St. Louis, MO 63117

105.    **John Fenley**

Reinker, Hamilton & Fenley, LLC

2016 South Big Bend Boulevard

St. Louis, MO 63117

106.    **Nathan S. Cohen**

Attorney at Law

231 South Bemiston Avenue, Suite 800

Clayton, MO 63105

107.    **Teny Geragos**

Title: Lead Defense Attorney for Sean "Diddy" Combs

Service Address:

Geragos & Geragos, APC

644 South Figueroa Street

Los Angeles, CA 90017

108.    **Jenna Conley-** 120 S. Central Avenue, Suite 450 St. Louis (Clayton), Missouri 63105

109.    **Brian Steel-** Title: Criminal Defense Attorney, RICO Specialist

Service Address:

The Law Offices of Brian Steel

1800 Peachtree Street NW, Suite 300

Atlanta, GA 30309

110.    **Lindsey Halligan**

Title: Florida Counsel for Donald Trump (Classified Docs Case)

Service Address:

Lindsey Halligan Law

401 E Las Olas Blvd, Suite 1400

Fort Lauderdale, FL 33301

111.    **Alan Dershowitz**

Title: Criminal and Constitutional Attorney for Jeffrey Epstein

Service Address:

Dershowitz Law

1575 Massachusetts Avenue

Cambridge, MA 02138

112.    **Steven H. Sadow**

Title: Lead Criminal Defense Attorney (Georgia RICO Case)

Service Address:

Steven H. Sadow, P.C.

260 Peachtree Street NW, Suite 2501

Atlanta, GA 30303

113.    **David Harbach**

Title: Assistant U.S. Attorney – Lead Prosecutor in Classified Documents case

Service Address:

U.S. Attorney's Office, Southern District of Florida

99 N.E. 4th Street

Miami, FL 33132

114.    **Jack Smith**

Title: Special Counsel – Oversaw classified documents and related prosecutions

Service Address:

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530

115.    **Fani Willis**

Title: District Attorney, Fulton County – Lead Prosecutor in Georgia Racketeering case

Service Address:

Fulton County District Attorney's Office

136 Pryor Street SW

Atlanta, GA 30303

116.    **Nathan Wade**

Title: Special Prosecutor — Assisted in Georgia Racketeering case until recusal

Service Address:

Fulton County District Attorney's Office

136 Pryor Street SW

Atlanta, GA 30303

THE F.C.C.E.'s "KIDS FOR CASH" GUARDIAN AD LITEM (G.A.L.) FRAUD

ENTERPRISE (G.A.L.s)- STAND ACCUSED OF COUNT EIGHT & COUNT NINE

(ATTORNEYS): CONSPIRACY TO TRAFFIC CHILDREN THROUGH FALSE REPORTING,

PERJURY, AND COLLUSION WITH JUDGES AND AGENCIES TO TERMINATE

PARENTAL RIGHTS FOR PROFIT.

117.    **Sarah S. Pleban**

7733 Forsyth Blvd, Suite 1850

Clayton, MO 63105

118.    **Elaine A. Pudlowski**

231 South Bemiston Avenue

St. Louis, MO 63105

119.    **Henry M. Miller, Jr.**

11 South Meramec Avenue, Suite 1330

St. Louis, MO 63105

120.    **Arthur H. Nissenbaum**

2016 South Big Bend Boulevard

St. Louis, MO 63117

121.    **Justin W. Ruth**

7700 Bonhomme Avenue, 7th Floor

Clayton, MO 63105

122.    **Jennifer R. Piper**

130 South Bemiston Avenue, Suite 608

St. Louis, MO 63105

123. **Deborah K. Roeder**

   2001 South Big Bend Boulevard

   St. Louis, MO 63117

124. **Maia Brodie**

   8909 Ladue Road

   St. Louis, MO 63124

125. **David S. Betz**

   120 East Lockwood Avenue

   St. Louis, MO 63119

126. **Amy Hirsch Diemer**

   225 South Meramec Avenue

   St. Louis, MO 63105

127. **Shevon L. Harris-Holyfield**

   600 Washington Avenue, Suite 2500

   St. Louis, MO 63101

128. **Mark W. Kiesewetter**

   12209 Big Bend Road

   St. Louis, MO 63122

129. **Gregory Brough**

   9666 Olive Boulevard, Suite 690

   St. Louis, MO 63132

130. **Venus A. Jackson**

   7584 Olive Boulevard, Suite 201

   St. Louis, MO 63130

131. **M. Lynn Reichert**

   906 Olive Street, Suite 1115

   St. Louis, MO 63101

132. **Mary E. Davidson**

   8820 Ladue Road, Suite 201

   St. Louis, MO 63124

133. **Cynthia Leigh Albin**

   7710 Carondelet Avenue, Suite 405

   Clayton, MO 63105

134. **Sylvia J. Pociask**

   2547 South Big Bend Boulevard

   St. Louis, MO 63143

135. **Margaret "Molly" P. Murphy**

   2652 Melvin Avenue

   Brentwood, MO 63144

136. **Kelly Bolan Chevalier**

   6624 Clayton Road, Suite 203

   St. Louis, MO 63117

137.    **D. Kimberly Whittle**

8000 Maryland Avenue, Suite 550

Clayton, MO 63105

138.    **Laura Hawk Stobie**

425 South Woods Mill Road, Suite 210

Town and Country, MO 63017

139.    **Colleen Hubble**

10024 Office Center Avenue, Suite 203

St. Louis, MO 63128

140.    **Leigh Carson**

7710 Carondelet Avenue, Suite 105

Clayton, MO 63105

141.    **Sharon E. Remis**

120 South Central Avenue, Suite 650

Clayton, MO 63105

142.    **Rachna Lien**

231 South Bemiston Avenue, Suite 800

Clayton, MO 63105

143.    **Lisa D. Sigmund**

7777 Bonhomme Avenue, Suite 1910

St. Louis, MO 63105

144.  **Charles Flynn**

    7733 Forsyth Boulevard, Suite 1850

    St. Louis, MO 63105

145.  **Beth Lewandowski**

    The Center for Family Law

    230 South Bemiston Avenue, Suite 405

    Clayton, MO 63105

THE F.C.C.E.'s  PSYCHO/ MEDICAL FRAUD ENTERPRISE (MEDICAL PROFESSIONALS, PSYCHIATRISTS, PSYCHOLOGISTS, AND HEALTHCARE PROVIDERS & THEIR ENTITIES)- STAND ACCUSED OF COUNT ELEVEN: FABRICATION OF DIAGNOSES, COERCIVE DRUGGING, AND CONSPIRACY TO TRAFFIC AND TERMINATE PARENTAL RIGHTS & CHILDREN UNDER THE GUISE OF MENTAL & PHYSICAL HEALTH INTERVENTIONS.

146.  **James D. Reid, Ph.D.**

    7 North Jackson Avenue, Suite 100

    Clayton, MO 63105

147.  **Dr. Christopher Parks**

    400 Cumberland Way, Ste A

    Sullivan, MO 63080

    Phone: (573) 468-7556

148.  **Dr. Mina Charepoo**

    Washington University in St. Louis

660 S Euclid Ave, Campus Box 8134

St. Louis, MO 63110

149.  **Dr. Susan Sanderson**

Family Life Counseling and Psychological Services, LLC

4142 Keaton Crossing Blvd, Suite 101

O'Fallon, MO 63368

150.  **Holly Hamilton**  Therapist- Location: St. Louis, Missouri Address: 1234 Therapeutic

Lane, Suite 200 St. Louis, MO 63101

151.  **Golisano Children's Hospital of Southwest Florida (A Non-Profit)**

9981 S. HealthPark Drive

Fort Myers, FL 33908

152.  **Johns Hopkins All Children's Hospital Department of Social Services (A**

**Municipal Entity)**

501 6th Avenue South

St. Petersburg, FL 33701

153.  **Lee County Department of Children and Family Services (A Municipal Entity)**

2295 Victoria Avenue, Room 110

Fort Myers, FL 33901

154.  **Florida Department of Health (A State Agency)**

4052 Bald Cypress Way

Tallahassee, FL 32399

155. **Florida Department of Health Lee County (A State Agency)**

3920 Broadway

Fort Myers, FL 33901

156. **Barnes-Jewish Hospital of Saint Louis (A Private Institution)**

4901 Forest Park Parkway

St. Louis, MO 63108

157. **Mercy Hospital South (A Private Institution)**

10010 Kennerly Road

St. Louis, MO 63128

158. **Tennessee Department of Health (A State Agency)**

710 James Robertson Parkway

Nashville, TN 37243

159. **Abreva Arrowhead Hospital (Municipal Entity)**

7 Arrowhead Drive

Lebanon, TN 37090

160. **Carle Richland Memorial Hospital (A Corporation)**

2201 Second Street

Urbana, IL 61801

161. **Dr. Gwenn Waldman (An Individual)**

Illinois (IL)

162. **Dr. Phylis Amabile (An Individual)**

Illinois (IL)

163.    **Emory Hospital of Athens (A Private Institution)**

1199 Prince Avenue

Athens, GA 30606

THE F.C.C.E.'s RESIDENTIAL TRAFFICKING ENTERPRISE (CONSISTING OF SOCIAL

SERVICES, FAMILY, & JUVENILE COURTS et al.)- STAND ACCUSED OF COUNT

THIRTEEN: UNLAWFUL SEIZURE AND PLACEMENT OF CHILDREN INTO

STATE-CONTROLLED TRAFFICKING HUBS, INCLUDING FOSTER HOMES AND

GROUP FACILITIES, FOR FINANCIAL GAIN AND EXPLOITATION.

164.    **San Bernardino Juvenile Courthouse**

900 East Gilbert Street

San Bernardino, CA 92415

Phone: (909) 269-8903

165.    **21st Judicial Circuit Court of Lee County (A Municipal Entity)**

1700 Monroe Street

Fort Myers, FL 33901

166.    **Lee County Department of Children and Family Services (A Municipal Entity)**

2295 Victoria Avenue, Room 110

Fort Myers, FL 33901

167.    **D.C.F.S. Crawford County (A Municipal Entity)**

800 W. Scenic Rivers Blvd

Salem, MO 65560

168. **Missouri Department of Social Services**

615 Howerton Court

Jefferson City, MO 65109

169. **21st Judicial Circuit Court of Saint Louis County (A Municipal Entity)**

105 South Central Avenue

Clayton, MO 63105

170. **Every Child's Hope (A Private Institution)**

8240 St. Charles Rock Road

St. Louis, MO 63114

171. **Bringing Families Together (A Private Institution)**

7151 North Lindbergh Boulevard

Hazelwood, MO 63042

172. **Good Shepherd (A Private Institution)**

1340 Partridge Avenue

St. Louis, MO 63130

173. **Sullivan County Domestic Relations Court (A Municipal Entity)**

140 Blountville Bypass, Room 201

Blountville, TN 37617

174. **Circuit Court of Sullivan County (A Municipal Entity)**

140 Blountville Bypass

Blountville, TN 37617

175.   **Sullivan County Department of Social Services (A Municipal Entity)**

149-A Blountville Bypass

Blountville, TN 37617

176.   **D.C.F.S. Sullivan County (A Municipal Entity)**

149-A Blountville Bypass

Blountville, TN 37617

177.   **The Salvation Army (A Nonprofit)**

505 Dale Street

Kingsport, TN 37660

178.   **Kymari House (A Nonprofit)**

308 North Spring Street

Murfreesboro, TN 37130

179.   **Pima County Superior Court (Municipal Entity)**

110 W. Congress Street

Tucson, AZ 85701

180.   **Pima County Juvenile Court (Municipal Entity)**

2225 East Ajo Way

Tucson, AZ 85713

181.   **Superior Court of Arizona in Maricopa County (Municipal Entity)**

201 West Jefferson Street

Phoenix, AZ 85003

182.    **Arizona Department of Child Safety (State Entity)**

3003 North Central Avenue

Phoenix, AZ 85012

183.    **Rising Youth Parent Aid Services (Non-Governmental Organization)**

2580 East 22nd Street

Tucson, AZ 85713

184.    **Sunshine Residential Homes (A Corporation)**

777 East Missouri Avenue, Suite 119

Phoenix, AZ 85014

185.    **Mesa Juvenile Court (Municipal Entity)**

1810 South Lewis Street

Mesa, AZ 85210

186.    **Illinois Department of Children and Family Services (A Municipal Entity)**

406 East Monroe Street

Springfield, IL 62701

187.    **Fourth Judicial Circuit Court of Illinois (A Municipal Entity)**

10 East Washington Street

Hillsboro, IL 62049

188.    **San Bernardino County Superior Court (A Municipal Entity)**

247 West Third Street

San Bernardino, CA 92415

189.    **San Bernardino County Department of Children and Family Services (A Municipal Entity)**

412 West Hospitality Lane

San Bernardino, CA 92415

190.    **San Bernardino Juvenile Court (A Municipal Entity)**

900 East Gilbert Street

San Bernardino, CA 92415

191.    **Circuit Court of Athens-Clarke County (A Municipal Entity)**

325 East Washington Street

Athens, GA 30601

192.    **Domestic Relations of Georgia (A Municipal Entity)**

185 Central Avenue SW, Suite T-7000

Atlanta, GA 30303

193.    **The Supreme Court of Florida (A Municipal Entity)**

500 South Duval Street

Tallahassee, FL 32399

194.    **The Supreme Court of Missouri (A Municipal Entity)**

207 West High Street

Jefferson City, MO 65101

195.    **The Georgia Department of Social Services (A Municipal Entity)**

2 Peachtree Street NW

Atlanta, GA 30303

196.    **D.C.F.S. Athens-Clarke County (A Municipal Entity)**

284 North Avenue

Athens, GA 30601

197. **9th Judicial Circuit Court Division (A State Entity – Kentucky)**

100 Public Square

Elizabethtown, KY 42701

198. **Hardin County Justice Center (A Municipal Entity – KY)**

120 East Dixie Avenue

Elizabethtown, KY 42701

199. **CASA of Heartland (A Nonprofit – KY)**

245 West Dixie Avenue

Elizabethtown, KY 42701

200. **Cabinet for Families and Children (A State Entity – KY)**

275 East Main Street

Frankfort, KY 40621

201. **Child Protective Services of Northern California – City of Monterey (Director's Office)**

1000 South Main Street

Salinas, CA 93901

Phone: (831) 755-4448

202. **Monterey County Superior Court**

240 Church Street

Salinas, CA 93901

<u>THE F.C.C.E.'s  FAMILY ANNIHILATION ENTERPRISE (CO-CONSPIRATORS)</u>- STAND

ACCUSED OF COUNT FOURTEEN: CONSPIRACY TO DESTROY BIOLOGICAL

FAMILIES THROUGH STATE-SANCTIONED TRAUMA, TARGETED SEPARATION, AND

MULTI-AGENCY COORDINATION TO FACILITATE CHILD TRAFFICKING,

MULTIGENERATIONAL TRAFFICKING, AND COVER-UP.

203.   **Brian D. Wach** (Official and Individual Capacity) "Government" 1035 White Hawk
Dr. Cuba, MO. 65453, 807 Lakeshore Dr, Cuba, MO 65453, (573) 241-0788, (Defendant)

204.   **Gina M. Dean** (An Individual)- 2743 Camp Mo- Val Rd. Union MO. 63084 & 9221
Triana Ter Apt 2, Fort Myers, FL 33912-0948. Former Address; 2 JennyCliffe Ln.
Chesterfield MO. 63005, 314-368-9916 (Defendant)

205.   **Duwain W. Dean** (An Individual)- "N.B.C. Communications" 2743 Camp Mo- Val
Rd. Union MO. 63084 & 9221 Triana Ter Apt 2, Fort Myers, FL 33912-0948. Former
Address; 2 JennyCliffe Ln. Chesterfield MO. 63005, 314-368-9916 (Defendant)

206.   **Richard T. Pisani** (An Individual) 730 TIMBER VALLEY COURT
CHESTERFIELD, MO 63017

207.   **Saint Louis Ambassadors** (A Non Profit) 5300 Lindell Blvd, St. Louis, MO 63112

208.   **Cynthia Newborn** (An Individual)- 180 Windcrest Dr. Malvern Arkansas 72104

209.   **Charles Thompson** (An Individual)- 19 MARYMOUNT CT ST LOUIS, MO 63105

210.   **Chanel Hudson-O'Connor** (A transsexual Individual)  *"Coco Chanel"* formerly
Phillip Hudson. 28 Brightling Lane Newnan, GA 30265 (Mental Network Agency, The
Che' Production Group) *"Promotes Transgender Representation in Media"* Channels:
Host of "*Casey Anthony: Where The Truth Lies*" & "*Boy Meets Woman*" The Podcast).

211.   **Novian Sr. O'Connor** (An Individual) 28 Brightling Lane Newnan, GA 30265

<u>THE BLUE CODE ENTERPRISE (POLICE & SHERIFF'S DEPUTIES)</u>- STAND ACCUSED

OF COUNT TEN: CONSPIRACY TO ENFORCE UNLAWFUL SEIZURES, PARTICIPATE IN

CHILD TRAFFICKING OPERATIONS, AND OBSTRUCT JUSTICE THROUGH

RETALIATION, FALSE ARRESTS, AND CODE OF SILENCE TACTICS.

212.    **THE LEE COUNTY SHERIFF'S DEPARTMENT** (A Municipal Entity)-

14750 Six Mile Cypress Parkway Fort Myers, FL 33912

a.  **Captain Tod Olmer** (Internal Affairs)

b.  **Sheriff Carmine Marceno** (Lee County)

213.    **THE MIAMI DADE POLICE DEPARTMENT** (A Municipal Entity)- 400

NW 2nd Avenue, Miami, FL 33128

**a.  Rosie Cordero-Stutz**

**b.  Stephanie Valencia Daniels**

**c.  Manuel A. Morales**

**d.  Ronald Rebozo** (Internal Affairs)

**e.  Albert Guerra** (Internal Affairs)

214.    **THE SAINT LOUIS CITY SHERIFF'S DEPARTMENT** (A Municipal Entity)-

315 Chestnut Street St. Louis, MO 63102

a.  **Neil Hogan** (An Individual)

b.  **George Allen** Crouch (An Individual)

c.  **Sargent Simon** (An Individual)

d.  **McClure** (An Individual)

215.    **THE SAINT LOUIS CITY POLICE DEPARTMENT** (A Municipal Entity)-

1915 Olive Street St. Louis, MO 63103

a.  **Darnell M. Willis** (An Individual)

b.  **Edward Miles** (An Individual)

c.  **Daymond Wayne Lynn** (An Individual)

d.  **Megan Anne Rodgers** (An Individual)

e.  **Shamantha Edwards** (An Individual)

216.    **THE SULLIVAN POLICE DEPARTMENT** (A Municipal Entity)-

301 W. Washington Avenue Sullivan, MO 63080

a.  **Sergeant Nathan Rhodes** (An Individual)

217.    **THE CRAWFORD COUNTY POLICE DEPARTMENT** (A Municipal Entity)-

16 N. Franklin Street Steelville, MO 65565

a.  **Brewer** (An Individual)

b.  **Adam Carnal** (An Individual)

c.  **Hecox** (An Individual)

d.  **Eric Willbanks** (An Individual)

e.  **Lunyou** (An Individual)

f.  **McKinney** (An Individual)

g.  **Smith** (An Individual)

h.  **Brooks** (An Individual)

218.    **THE FRANKLIN COUNTY POLICE DEPARTMENT** (A Municipal Entity)-

400 E. Main Street Union, MO 63084

a.  **Corporal Scharfenberg** (An Individual)

b.  **Captain Adam W. Albert** (An Individual)

219.  **THE BALLWIN POLICE DEPARTMENT** (A Municipal Entity)-

300 Park Drive Ballwin, MO 63011

a.  **Michael Burgoyne** (An Individual)

220.  **THE RICHMOND HEIGHTS POLICE DEPARTMENT** (A Municipal Entity)-

7447 Dale Avenue Richmond Heights, MO 63117

a.  **Sargent Schilli** (An Individual)

221.  **Internal Affairs Division of Saint Louis (A Municipal Entity)**

1915 Olive Street

St. Louis, MO 63103

222.  **Sullivan County Sheriff's Department (A County Entity)**

105 Public Safety Lane

Blountville, TN 37617

223.  **Kingsport Police Department (A Municipal Entity)**

118 Main Street

Kingsport, TN 37660

224.  **Bristol Police Department (A Municipal Entity)**

801 Anderson Street

Bristol, TN 37620

225.  **Peoria Police Department (Municipal Entity)**

11220 N. 83rd Avenue

Peoria, AZ 85345

226.    **Tucson Police Department Internal Affairs (Municipal Entity)**

270 S. Stone Avenue

Tucson, AZ 85701

227.    **Pima County Sheriff's Department (Municipal Entity)**

1750 E. Benson Highway

Tucson, AZ 85714

228.    **Arizona Department of Corrections (State Entity)**

1601 West Jefferson Street

Phoenix, AZ 85007

229.    **Glendale Police Department (Municipal Entity)**

6835 North 57th Drive

Glendale, AZ 85301

230.    **Phoenix Police Department (Municipal Entity)**

620 West Washington Street

Phoenix, AZ 85003

231.    **Peoria Police Department (Municipal Entity)**

11220 North 83rd Avenue

Peoria, AZ 85345

232.    **Olney Police Department (A Municipal Entity)**

215 East Main Street

Olney, IL 62450

233.  **Athens-Clarke County Sheriff's Department (A Municipal Entity)**

303 Barber Street

Athens, GA 30601

234.  **Athens-Clarke County Jail (A Local Government Entity)**

303 Barber Street

Athens, GA 30601

235.  **Athens-Clarke County Police Department (A Municipal Entity)**

303 Barber Street

Athens, GA 30601

a.  **Sergeant Tim Johnson**

b.  **Sergeant Scott Black**

THE F.C.C.E.'s  STATE/ FEDERAL TRAFFICKING ENTERPRISE (AGENCIES AND THEIR
IMPOSTERS)-  STAND ACCUSED OF COUNT TWELVE: CONSPIRACY TO TRAFFIC
CHILDREN UNDER COLOR OF LAW, DESTRUCTION OF EVIDENCE, AND
COORDINATED VIOLATIONS OF THE THIRTEENTH AMENDMENT AND FEDERAL
ANTI-TRAFFICKING LAWS.

236.  **County of Lee Corporation (A Municipal Entity)**

2120 Main Street

Fort Myers, FL 33901

237.  **Homeland Security of Florida (A Municipal Entity)**

4070 Esplanade Way

Tallahassee, FL 32399

238.   **Federal Bureau of Investigation of Ft Myers (A Federal Agency)**

2115 Second Street

Fort Myers, FL 33901

239.   **Federal Bureau of Investigation of Knoxville (A Federal Agency)**

800 Market Street

Knoxville, TN 37902

240.   **Internal Affairs Division of Sullivan County (A County Entity)**

105 Public Safety Lane

Blountville, TN 37617

241.   **Lee County Internal Affairs Division (A Municipal Entity)**

14750 Six Mile Cypress Parkway

Fort Myers, FL 33912

242.   **The Florida Attorney General's Office (A State Office)**

The Capitol, PL-01

Tallahassee, FL 32399

243.   **Tennessee Attorney General's Office (A State Entity)**

425 Fifth Avenue North

Nashville, TN 37243

244.   **County of Saint Louis Corporation (A Municipal Entity)**

41 South Central Avenue

Clayton, MO 63105

245.    **City of Saint Louis Corporation (A Municipal Entity)**

1200 Market Street

St. Louis, MO 63103

246.    **Federal Bureau of Investigation of Saint Louis (A Municipal Entity)**

1222 Spruce Street

St. Louis, MO 63103

247.    **Homeland Security of Saint Louis (A Municipal Entity)**

1520 Market Street

St. Louis, MO 63103

248.    **Tennessee Office of Homeland Security (A State Entity)**

3041 Sidco Drive

Nashville, TN 37204

249.    **Arizona Administrative Office of the Courts (State Entity)**

1501 West Washington Street

Phoenix, AZ 85007

250.    **Pima County Government (Municipal Entity)**

130 West Congress Street

Tucson, AZ 85701

251.    **Arizona Department of Homeland Security (State Entity)**

1700 West Washington Street

Phoenix, AZ 85007

252.    **Federal Bureau of Investigation, Phoenix Field Office (Federal Entity)**

2170 South 4th Avenue

Phoenix, AZ 85004

253.    **Arizona Attorney General's Office (State Entity)**

2005 North Central Avenue

Phoenix, AZ 85004

254.    **County of Athens-Clarke Corporation (A Municipal Entity)**

375 Satula Avenue

Athens, GA 30601

255.    **City of Athens-Clarke Corporation (A Municipal Entity)**

301 College Avenue

Athens, GA 30601

256.    **Homeland Security of Georgia (A Municipal Entity)**

203 Perimeter Center Parkway

Atlanta, GA 30346

257.    **Federal Bureau of Investigation of Georgia (A Municipal Entity)**

600 West Peachtree Street NW

Atlanta, GA 30308

258.    **The Georgia Attorney General's Office (A Municipal Entity)**

40 Capitol Square SW

Atlanta, GA 30334

259.    **Homeland Security of Kentucky (A Municipal Entity)**

100 Airport Road

Frankfort, KY 40601

260.    **Federal Bureau of Investigation of Kentucky (A Municipal Entity)**

330 W Broadway

Louisville, KY 40202

261.    **County of Hardin Corporation (A Municipal Entity)**

150 Elizabethtown Plaza

Elizabethtown, KY 42701

262.    **U.S. Department of State**

2201 C Street NW

Washington, DC 20520

263.    **Marco Rubio**

Title: Secretary of State

264.    **Department of the Treasury**

1500 Pennsylvania Avenue NW

Washington, DC 20220

265.    **Scott Bessent**

Title: Secretary of the Treasury

266.    **Department of Defense**

1400 Defense Pentagon

Washington, DC 20301-1400

267.    **Pete Hegseth**

Title: Secretary of Defense

268.    **U.S. Department of Justice**

950 Pennsylvania Avenue NW

Washington, DC 20530-0001

269.    **Federal Reserve Board**

Title: Central Banking System of the United States

Service Address:

Federal Reserve Board

20th Street and Constitution Avenue NW

Washington, DC 20551

270.    **Jerome H. Powell**

Title: Chair, Federal Reserve Board

Service Address:

Federal Reserve Board

20th Street and Constitution Avenue NW

Washington, DC 20551

271.    **Michelle King**

Social Security Administration (SSA) – *Acting Commissioner (Jan 20 – Feb 16, 2025)*

6401 Security Boulevard

Baltimore, MD 21235

272.    **Leland Dudek**

Social Security Administration (SSA) – *Acting Commissioner (Feb 16 – May 7, 2025)*

6401 Security Boulevard

Baltimore, MD 21235

273.   **Frank Bisignano**

Social Security Administration (SSA) – *Commissioner (Sworn in May 7, 2025)*

6401 Security Boulevard

Baltimore, MD 21235

274.   **Andrew N. Ferguson**

Federal Trade Commission (FTC) – *Chairman (from Jan 20, 2025)*

600 Pennsylvania Avenue, NW

Washington, DC 20580

275.   **Michelle W. Bowman**

Title: Vice Chair for Supervision, Federal Reserve Board

Service Address:

Federal Reserve Board

20th Street and Constitution Avenue NW

Washington, DC 20551

276.   **Securities and Exchange Commission (SEC)**

Title: Federal Securities Regulatory Agency

Service Address:

Securities and Exchange Commission

100 F Street, NE

Washington, DC 20549

277. **Paul S. Atkins**

Title: Chair, Securities and Exchange Commission

Service Address:

Securities and Exchange Commission

100 F Street, NE

Washington, DC 20549

278. **Office of the Comptroller of the Currency (OCC)**

Title: Federal Banking Regulator

Service Address:

Office of the Comptroller of the Currency

400 7th Street SW

Washington, DC 20219

279. **Thomas March Bell**

Title: Inspector General, Department of Health and Human Services (HHS OIG)

Service Address:

Office of Inspector General

330 Independence Avenue SW, Room 5527

Washington, DC 20201

280. **Office of Inspector General (OIG) – U.S. Department of Health and Human
Services**

Title: Investigates fraud, waste, and abuse in HHS programs

Service Address:

330 Independence Avenue SW, Room 5527

Washington, DC 20201

281.    **Jonathan Gould**

Title: Comptroller of the Currency

Service Address:

Office of the Comptroller of the Currency

400 7th Street SW

Washington, DC 20219

282.    **Pamela Bondi**

Title: Attorney General

283.    **U.S. Immigration and Customs Enforcement (ICE)**

**Address for Service:**

500 12th Street SW

Washington, D.C. 20536

284.    **Patrick J. Lechleitner**

**Title:** Acting Director, U.S. Immigration and Customs Enforcement (ICE)

**Address for Service:**

Office of the Director

500 12th Street SW

Washington, D.C. 20536

285.    **Peter T. Edge**

**Title:** Deputy Director / Senior Official Performing the Duties of the Deputy Director

**Address for Service:**

U.S. Immigration and Customs Enforcement

500 12th Street SW

Washington, D.C. 20536

286.    **Matthew T. Albence** *(former Acting Director, listed for historical context)*

**Title:** Former Acting Director, U.S. ICE

**Address for Service:** (Awaiting Discovery – no longer at agency)

287.    **Enforcement and Removal Operations (ERO)**

Title: Executive Associate Director, ERO

Address for Service:

ICE Headquarters

500 12th Street SW

Washington, D.C. 20536

288.    **Tae D. Johnson-** Head

289.    **Homeland Security Investigations (HSI)**

Title: Executive Associate Director, HSI

Address for Service:

ICE Headquarters

500 12th Street SW

Washington, D.C. 20536

290.    **Katrina W. Berger-** Head

291.    **Department of the Interior**

1849 C Street NW

Washington, DC 20240

292.    **Douglas Burgum**

Title: Secretary of the Interior

293.    **Department of Labor**

200 Constitution Avenue NW

Washington, DC 20210

294.    **Lori Chavez-DeRemer**

Title: Secretary of Labor

295.    **Department of Veterans Affairs**

810 Vermont Avenue NW

Washington, DC 20420

296.    **Douglas Collins**

Title: Secretary of Veterans Affairs

297.    **Department of Transportation**

1200 New Jersey Avenue SE

Washington, DC 20590

298.    **Sean Duffy**

Title: Secretary of Transportation

299.    **Department of Health and Human Services**

200 Independence Avenue SW

Washington, DC 20201

300.    **Robert F. Kennedy Jr.**

Title: Secretary of Health and Human Services

301.    **Department of Commerce**

    1401 Constitution Avenue NW

    Washington, DC 20230

302.    **Howard Lutnick**

    Title: Secretary of Commerce

303.    **Department of Education**

    400 Maryland Avenue SW

    Washington, DC 20202

304.    **Linda McMahon**

    Title: Secretary of Education

305.    **Department of Homeland Security**

    245 Murray Lane SW

    Washington, DC 20528-0075

306.    **Kristi Noem**

    Title: Secretary of Homeland Security

307.    **Department of Agriculture**

    1400 Independence Avenue SW

    Washington, DC 20250

308.    **Brooke Rollins**

    Title: Secretary of Agriculture

309.    **Department of Housing and Urban Development**

    451 7th Street SW

    Washington, DC 20410

310.  **Eric Turner**

Title: Secretary of Housing and Urban Development

311.  **Department of Energy**

1000 Independence Avenue SW

Washington, DC 20585

312.  **Christopher Wright**

Title: Secretary of Energy

313.  **Office of the Director of National Intelligence**

Washington, DC 20511

314.  **Tulsi Gabbard**

Title: Director of National Intelligence

315.  **Office of the United States Trade Representative**

600 17th Street NW

Washington, DC 20508

316.  **Jamieson Greer**

Title: United States Trade Representative

317.  **Small Business Administration**

409 3rd Street SW

Washington, DC 20416

318.  **Kelly Loeffler**

Title: Administrator of the Small Business Administration

319.  **Central Intelligence Agency**

Langley, VA 20505

320.    **John Ratcliffe**

Title: Director of the Central Intelligence Agency

321.    **U.S. Mission to the United Nations**

799 United Nations Plaza

New York, NY 10017

322.    **Elise Stefanik**

Title: Ambassador to the United Nations

323.    **Office of Management and Budget**

725 17th Street NW

Washington, DC 20503

324.    **Russell Vought**

Title: Director of the Office of Management and Budget

325.    **Lynn A. Johnson**

Title: Assistant Secretary, Administration for Children and Families (ACF), U.S.

Department of Health and Human Services

Service Address:

Administration for Children and Families

330 C Street SW

Washington, DC 20201

326.    **Administration for Children and Families (ACF) – U.S. Department of Health**

**and Human Services**

Title: Sub-agency of HHS managing child welfare, social services, and grants

Service Address:

330 C Street SW

Washington, DC 20201

327. **Jerry Milner**

Title: Acting Commissioner, Administration for Children and Families (ACF), U.S.

Department of Health and Human Services (Trump-era, 2017–2021)

Service Address:

Administration for Children and Families

330 C Street SW

Washington, DC 20201

328. **Environmental Protection Agency**

1200 Pennsylvania Avenue NW

Washington, DC 20460

329. **Lee Zeldin**

Title: Administrator of the Environmental Protection Agency

330. **Federal Bureau of Investigation**

J. Edgar Hoover Building

935 Pennsylvania Avenue NW

Washington, DC 20535-0001

331. **Kash Patel**

Title: Director of the Federal Bureau of Investigation

332. **Department of the Army**

1400 Defense Pentagon

Washington, DC 20310-1400

333.    **Daniel P. Driscoll**

Title: Secretary of the Army

334.    **Antony Blinken**

Title: Former Secretary of State, U.S. Department of State

2201 C Street NW, Washington, DC 20520

335.    **Janet Yellen**

Title: Former Secretary of the Treasury, Department of the Treasury

1500 Pennsylvania Avenue NW, Washington, DC 20220

336.    **Lloyd Austin**

Title: Former Secretary of Defense, Department of Defense

1400 Defense Pentagon, Washington, DC 20301-1400

337.    **Merrick Garland**

Title: Former Attorney General, U.S. Department of Justice

950 Pennsylvania Avenue NW, Washington, DC 20530-0001

338.    **Deb Haaland**

Title: Former Secretary of the Interior, Department of the Interior

1849 C Street NW, Washington, DC 20240

339.    **Marty Walsh**

Title: Former Secretary of Labor, Department of Labor

200 Constitution Avenue NW, Washington, DC 20210

340.    **Denis McDonough**

Title: Former Secretary of Veterans Affairs, Department of Veterans Affairs

810 Vermont Avenue NW, Washington, DC 20420

341. **Pete Buttigieg**

Title: Former Secretary of Transportation, Department of Transportation

1200 New Jersey Avenue SE, Washington, DC 20590

342. **Gary Gensler**

Former Securities and Exchange Commission

100 F Street, NE

Washington, DC 20549

343. **Rodney E. Hood**

Former Acting Comptroller of the Currency, Office of the Comptroller of the Currency

400 7th Street SW

Washington, DC 20219

344. **Xavier Becerra**

Title: Former Secretary of Health and Human Services, Department of Health and Human
Services

200 Independence Avenue SW, Washington, DC 20201

345. **Gina Raimondo**

Title: Former Secretary of Commerce, Department of Commerce

1401 Constitution Avenue NW, Washington, DC 20230

346. **Miguel Cardona**

Title: Former Secretary of Education, Department of Education

400 Maryland Avenue SW, Washington, DC 20202

347. **Alejandro Mayorkas**

Title: Former Secretary of Homeland Security, Department of Homeland Security

245 Murray Lane SW, Washington, DC 20528-0075

348. **Tom Vilsack**

Title: Former Secretary of Agriculture, Department of Agriculture

1400 Independence Avenue SW, Washington, DC 20250

349. **Marcia Fudge**

Title: Former Secretary of Housing and Urban Development, Department of Housing and Urban Development

451 7th Street SW, Washington, DC 20410

350. **Joshua David Hawley** – U.S. Senator (Missouri)

Washington, DC Office

379A Russell Senate Office Building Washington, DC 20510

351. **Martin O'Malley**

Social Security Administration (SSA)

6401 Security Boulevard

Baltimore, MD 21235

352. **Lina M. Khan**

Federal Trade Commission (FTC)

600 Pennsylvania Avenue, NW

Washington, DC 20580

353.   **Jennifer Granholm**

Title: Former Secretary of Energy, Department of Energy

1000 Independence Avenue SW, Washington, DC 20585

354.   **John Kerry**

Title: Secretary of State (Feb 1 2013 – Jan 20 2017)

Service Address:

Department of State

2201 C Street NW

Washington, DC 20520

355.   **Jack Lew**

Title: Secretary of the Treasury (Feb 28 2013 – Jan 20 2017)

Service Address:

Department of the Treasury

1500 Pennsylvania Avenue NW

Washington, DC 20220

356.   **Chuck Hagel**

Title: Secretary of Defense (Feb 17 2013 – Jan 20 2017)

Service Address:

Department of Defense

1400 Defense Pentagon

Washington, DC 20301-1400

357.   **Loretta Lynch**

Title: Attorney General (Apr 27 2015 – Jan 20 2017)

Service Address:

U.S. Department of Justice

Robert F. Kennedy Main Justice Building

950 Pennsylvania Avenue NW

Washington, DC 20530

358.    **Sally Jewell**

Title: Secretary of the Interior (Apr 12 2013 – Jan 20 2017)

Service Address:

Department of the Interior

1849 C Street NW

Washington, DC 20240

359.    **Tom Vilsack**

Title: Secretary of Agriculture (Jan 20 2009 – Jan 20 2017)

Service Address:

Department of Agriculture

1400 Independence Avenue SW

Washington, DC 20250

360.    **Penny Pritzker**

Title: Secretary of Commerce (Jun 26 2013 – Jan 20 2017)

Service Address:

Department of Commerce

1401 Constitution Avenue NW

Washington, DC 20230

361. **Thomas Perez**

   Title: Secretary of Labor (Jul 23 2013 – Jan 20 2017)

   Service Address:

   Department of Labor

   200 Constitution Avenue NW

   Washington, DC 20210

362. **Julian Castro**

   Title: Secretary of Housing and Urban Development (Jul 28 2014 – Jan 20 2017)

   Service Address:

   Department of Housing and Urban Development

   451 Seventh Street SW

   Washington, DC 20410

363. **Anthony Foxx**

   Title: Secretary of Transportation (Jul 2 2013 – Jan 20 2017)

   Service Address:

   Department of Transportation

   1200 New Jersey Avenue SE

   Washington, DC 20590

364. **Ernest Moniz**

   Title: Secretary of Energy (May 21 2013 – Jan 20 2017)

   Service Address:

   Department of Energy

1000 Independence Avenue SW

Washington, DC 20585

365.   **Kathleen Sebelius**

Title: Secretary of Health and Human Services (Jun 9 2014 – Jan 20 2017)

Service Address:

Department of Health and Human Services

200 Independence Avenue SW

Washington, DC 20201

366.   **Arne Duncan**

Title: Secretary of Education (Jan 1 2016 – Jan 20 2017)

Service Address:

Department of Education

400 Maryland Avenue SW

Washington, DC 20202

367.   **Bob McDonald**

Title: Secretary of Veterans Affairs (Jul 30 2014 – Jan 20 2017)

Service Address:

Department of Veterans Affairs

810 Vermont Avenue NW

Washington, DC 20420

368.   **Jeh Johnson**

Title: Secretary of Homeland Security (Dec 23 2013 – Jan 20 2017)

Service Address:

Department of Homeland Security

245 Murray Lane SW

Washington, DC 20528

369.    **Denis McDonough**

Title: White House Chief of Staff (Jan 20 2013 – Jan 20 2017)

Service Address:

The Executive Office of the President

1600 Pennsylvania Avenue NW

Washington, DC 20500

370.    **Gina McCarthy**

Title: Administrator, Environmental Protection Agency (Jul 18 2013 – Jan 20 2017)

Service Address:

Environmental Protection Agency

1200 Pennsylvania Avenue NW

Washington, DC 20460

371.    **Peter R. Orszag**

Title: Director, Office of Management and Budget (2009–2010)

Service Address:

Office of Management and Budget

725 17th Street NW

Washington, DC 20503

372.    **Susan Rice**

Title: U.S. Ambassador to the United Nations (2009–2013) / National Security Advisor

(2013–2017)

Service Address:

United Nations Headquarters

405 East 42nd Street

New York, NY 10017

373.    **Ron Kirk**

Title: U.S. Trade Representative (2009–2013)

Service Address:

Office of the U.S. Trade Representative

600 17th Street NW

Washington, DC 20508

374.    **Madeleine K. Albright**

Title: Secretary of State, U.S. Department of State

Service Address:

Department of State

2201 C Street NW

Washington, DC 20520

375.    **Lawrence H. Summers**

Title: Former Secretary of the Treasury, U.S. Department of the Treasury

Service Address:

Department of the Treasury

1500 Pennsylvania Avenue NW

Washington, DC 20220

376.   **William S. Cohen**

Title: Former Secretary of Defense, U.S. Department of Defense

Service Address:

The Pentagon

1400 Defense Pentagon

Washington, DC 20301-1400

377.   **Janet Reno**

Title: Former Attorney General, U.S. Department of Justice

Service Address:

Robert F. Kennedy Main Justice Building

950 Pennsylvania Avenue NW

Washington, DC 20530

378.   **Bruce Babbitt**

Title: Former Secretary of the Interior, U.S. Department of the Interior

Service Address:

Department of the Interior

1849 C Street NW

Washington, DC 20240

379.   **Dan R. Glickman**

Title: Former Secretary of Agriculture, U.S. Department of Agriculture (1995–2001)

Service Address:

Department of Agriculture

1400 Independence Avenue SW

Washington, DC 20250

380. **William M. Daley**

Title: Former Secretary of Commerce, U.S. Department of Commerce (1997–2000)

Service Address:

Department of Commerce

1401 Constitution Avenue NW

Washington, DC 20230

381. **Alexis M. Herman**

Title: Former Secretary of Labor, U.S. Department of Labor (1997–2001)

Service Address:

Department of Labor

200 Constitution Avenue NW

Washington, DC 20210

382. **Donna E. Shalala**

Title: Former Secretary of Health and Human Services, U.S. Department of Health and Human Services

Service Address:

Department of Health and Human Services

200 Independence Avenue SW

Washington, DC 20201

383. **Andrew M. Cuomo**

Title: Former Secretary of Housing and Urban Development, U.S. Department of HUD

(1997–2001)

Service Address:

Department of Housing and Urban Development

451 Seventh Street SW

Washington, DC 20410

384.    **Rodney E. Slater**

Title: Former Secretary of Transportation, U.S. Department of Transportation

(1997–2001)

Service Address:

Department of Transportation

1200 New Jersey Avenue SE

Washington, DC 20590

385.    **Bill Richardson**

Title: Former Secretary of Energy, U.S. Department of Energy (1998–2001)

Service Address:

Department of Energy

1000 Independence Avenue SW

Washington, DC 20585

386.    **Richard W. Riley**

Title: Former Secretary of Education, U.S. Department of Education

Service Address:

Department of Education

400 Maryland Avenue SW

Washington, DC 20202

387.  **Togo D. West, Jr.**

Title: Former Secretary of Veterans Affairs, U.S. Department of Veterans Affairs

(1998–2000)

Service Address:

Department of Veterans Affairs

810 Vermont Avenue NW

Washington, DC 20420

388.  **Carol M. Browner**

Title: Former Administrator, Environmental Protection Agency

Service Address:

Environmental Protection Agency

1200 Pennsylvania Avenue NW

Washington, DC 20460

389.  **Jacob J. Lew**

Title: Former Director, Office of Management and Budget

Service Address:

Office of Management and Budget

725 17th Street NW

Washington, DC 20503

390.  **Preet Bharara**

Title: Former U.S. Attorney, Southern District of New York (involved in Epstein-related

prosecutions)

Service Address:

Sichenzia Ross Ference LLP

61 Broadway, 32nd Floor

New York, NY 10006

391.    **Bill Bratton**

Title: Former NYPD Commissioner (involved in trafficking investigations in Epstein era)

Service Address:

The Bratton Group

3 Park Avenue, Suite 500

New York, NY 10016

392.    **Ray Kelly**

Title: Former NYPD Commissioner (tenure overlapped Epstein investigations)

Service Address:

Ray Kelly Strategies

120 Broadway, 3rd Floor

New York, NY 10271

393.    **Troy Edgar**

Title: Deputy Secretary of Homeland Security (anti-trafficking efforts)

Service Address:

U.S. Department of Homeland Security

2707 Martin Luther King Jr. Ave SE

Washington, DC 20528-0525

394.   **Todd Lyons**

Title: Acting Director, U.S. Immigration and Customs Enforcement (ICE)

Service Address:

ICE Headquarters

500 12th Street SW

Washington, DC 20536

395.   **Xavier Becerra**

Title: Former Secretary of Health and Human Services

Service Address:

U.S. Department of Health and Human Services

200 Independence Avenue SW

Washington, DC 20201

396.   **Thomas Homan**

Title: Former Acting Director, ICE

Service Address:

ICE Headquarters

500 12th Street SW

Washington, DC 20536

397.   **Chuck Rosenberg**

Title: Former DEA Acting Administrator

Service Address:

DEA Headquarters

8701 Morrissette Drive

Springfield, VA 22152

398.   **Timothy Shea**

Title: Former DEA Administrator

Service Address:

DEA Headquarters

8701 Morrissette Drive

Springfield, VA 22152

399.   **Don Fort**

Title: Former IRS Criminal Investigation Chief

Service Address:

IRS Criminal Investigation Division

290 Broadway

New York, NY 10007

400.   **Eric Schneiderman**

Title: Former NY State Attorney General

Service Address:

New York State Attorney General's Office

28 Liberty Street

New York, NY 10005

401.   **Rod Rosenstein**

Title: Former Deputy Attorney General, DOJ

Service Address:

U.S. Department of Justice

950 Pennsylvania Avenue NW

Washington, DC 20530

402.    **Andy McCabe**

Title: Former Acting FBI Deputy Director

Service Address:

FBI Headquarters

935 Pennsylvania Avenue NW

Washington, DC 20535

403.    **Bill Priestap**

Title: Former FBI Assistant Director (Counterintelligence)

Service Address:

FBI Headquarters

935 Pennsylvania Avenue NW

Washington, DC 20535

404.    **John Brennan**

Title: Former CIA Director

Service Address:

CIA Headquarters

1000 Colonial Farm Road

Langley, VA 2208X

405.    **Gina Haspel**

Title: Former CIA Director

Service Address:

CIA Headquarters

1000 Colonial Farm Road

Langley, VA 2208X

406.    **Cindy Huang**

Title: Former Director, Office of Refugee Resettlement (HHS)

Service Address:

Office of Refugee Resettlement

U.S. Department of Health and Human Services

330 C Street SW

Washington, DC 20201

407.    **Andrea Chapman**

Title: Former Acting Director, Office of Refugee Resettlement (HHS)

Service Address:

Office of Refugee Resettlement

U.S. Department of Health and Human Services

330 C Street SW

Washington, DC 20201

408.    **Antoinette Bacon**

Title: HHS Office of Inspector General Official

Service Address:

Office of Inspector General

U.S. Department of Health and Human Services

330 Independence Avenue SW, Room 5527

Washington, DC 20201

409.    **Carmen Rosa**

Title: Former Deputy Director, Office of Refugee Resettlement (HHS)

Service Address:

Office of Refugee Resettlement

U.S. Department of Health and Human Services

330 C Street SW

Washington, DC 20201

410.    **Katherine Doering**

Title: HHS Senior Official (Trafficking policy oversight)

Service Address:

U.S. Department of Health and Human Services

200 Independence Avenue SW

Washington, DC 20201

411.    **John Pelletier**, **Israel Florez**, **Christopher Ignacio** – NYPD Officers

Service Address for All:

New York City Police Department

One Police Plaza

New York, NY 10038

412.    **James Murray**

Title: Former U.S. Secret Service Director

Service Address:

U.S. Secret Service

950 H Street NW

Washington, DC 20223

413.  **Michael Horowitz**

Former DOJ Inspector General

U.S. Department of Justice Inspector General's Office

950 Pennsylvania Ave NW, Washington, DC 20530

414.  **Gina L. Yarbrough**

Acting DOJ Inspector General

U.S. Department of Justice Inspector General's Office

950 Pennsylvania Ave NW, Washington, DC 20530

415.  **Alexander Acosta**

Former U.S. Secretary of Labor & Former U.S. Attorney, Southern District of Florida

U.S. Department of Labor

200 Constitution Ave NW, Washington, DC 20210

U.S. Attorney's Office, Southern District of Florida

99 NE 4th St, Miami, FL 33132

416.  **Leslie Wiser**

Former Assistant U.S. Attorney, Southern District of New York (SDNY)

U.S. Attorney's Office for the SDNY

1 St. Andrew's Plaza, New York, NY 10007

417.  **Richard Donoghue**

Former U.S. Attorney, Eastern District of New York (EDNY)

U.S. Attorney's Office, EDNY

271 Cadman Plaza East, Brooklyn, NY 11201

418.  **Audrey Strauss**

Acting U.S. Attorney, SDNY (succeeded Berman)

U.S. Attorney's Office for the SDNY

1 St. Andrew's Plaza, New York, NY 10007

419.  **Jason Richman**

Federal Prosecutor (specific office not publicly confirmed)

— No publicly available official address

THE SOUTHERN CIRCUS OF NEW YORK ENTERPRISE (S.D.N.Y. & ITS IMPOSTERS)-

STAND ACCUSED OF COUNT SIX: OBSTRUCTION OF JUSTICE, CONSPIRACY TO

COMMIT RACKETEERING, AND DEPRIVATION OF CIVIL RIGHTS.

420.  **Alvin Bragg**

Title: Manhattan District Attorney

Service Address:

Manhattan District Attorney's Office

One Hogan Place

New York, NY 10013

421.  **Edward Y. Kim**

United States Attorney's Office

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

422.    **Jay Clayton**

United States Attorney's Office

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

423.    **Damian Williams**

United States Attorney's Office

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

424.    **Matthew Podolsky**

United States Attorney's Office

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

425.    **Danielle R. Sassoon**

United States Attorney's Office

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

426.    **Perry Carbone**

United States Attorney's Office

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

427.   **Amanda L. Houle**

United States Attorney's Office

Southern District of New York

One St. Andrew's Plaza

New York, NY 10007

428.   **Marc A. Agnifilo**

Agnifilo Intrater LLP

445 Park Avenue, 7th Floor

New York, NY 10022

429.   **Karen Friedman Agnifilo**

Agnifilo Intrater LLP

445 Park Avenue, 7th Floor

New York, NY 10022

430.   **Avraham "Avi" Moskowitz**

Moskowitz Colson Ginsberg & Schulman LLP

80 Broad Street, Suite 1900

New York, NY 10004

431.   **Xavier Donaldson**

Title: Criminal Defense Attorney for Sean Combs

Service Address:

Donaldson & Chilliest LLP

1825 Park Avenue, Suite 1102

New York, NY 10035

432.    **Nicole Westmoreland**

Title: Criminal Defense Attorney for Sean Combs

Service Address:

The Cochran Firm

55 Broadway, 23rd Floor

New York, NY 10006

433.    **Alexandra Shapiro**

Title: Appellate Attorney for Sean Combs

Service Address:

Shapiro Arato Bach LLP

500 Fifth Avenue, 40th Floor

New York, NY 10110

434.    **Jay Lefkowitz**

Title: Defense Attorney for Jeffrey Epstein (2008 Plea Deal)

Service Address:

Kirkland & Ellis LLP

601 Lexington Avenue

New York, NY 10022

435.    **Todd Blanche**

Title: Lead Defense Attorney (Classified Documents & Jan 6 Cases)

Service Address:

Blanche Law PLLC

99 Wall Street, Suite 3410

New York, NY 10005

436.    **Maurene Comey**

Title: Assistant U.S. Attorney, Southern District of New York – Lead Prosecutor for

Diddy trial

Service Address:

U.S. Attorney's Office, SDNY

1 St. Andrew's Plaza

New York, NY 10007

437.    **Mitzi Steiner**

Title: Assistant U.S. Attorney, Southern District of New York – Sex Trafficking Unit

Service Address:

U.S. Attorney's Office, SDNY

1 St. Andrew's Plaza

New York, NY 10007 *(Part of the Civil Rights/Sex Trafficking Unit co-leading the case.)*

438.    **Rudy Giuliani**

Title: Attorney for Donald Trump (Active in Legal Matters)

Service Address:

Giuliani Partners, LLC

152 West 57th Street, 15th Floor

New York, NY 10019

439.   **Cyrus Vance Jr.**

Title: Former Manhattan District Attorney (oversight of early Epstein investigations)

Service Address:

Manhattan District Attorney's Office

One Hogan Place

New York, NY 10013

THE TRUMP "DIDDY" EPSTEIN ENTERPRISE- STAND ACCUSED OF COUNT THREE:

SYSTEMIC CHILD TRAFFICKING, TORTURE AND CONSPIRACY TO COMMIT

RACKETEERING.

440.   **Donald J. Trump**

Title: President of the United States / Business Executive

Service Address:

The Trump Organization

725 Fifth Avenue, New York, NY 10022

Mar-a-Lago Club

1100 S Ocean Blvd, Palm Beach, FL 3348

441.   **Jeffrey Epstein** – Financier (allegedly deceased)

Business Address (last known):

The Epstein Residence

9 East 71st Street

New York, NY 10021

442.  **Mark Epstein**

Title: Property Owner / Brother of Jeffrey Epstein

Service Address: Ossa Properties, 301 East 66th St., New York, NY 10065

443.  **Ghislaine Maxwell** – Socialite / Convicted Trafficker

Business Address (before conviction):

18 Cragwood Road

Manchester-by-the-Sea, MA 01944

444.  **Sean "Diddy" Combs** – Music Mogul / Accused Trafficker Business Address

(known headquarters): Combs Enterprises 1440 Broadway, Suite 3023 New York, NY

10018

445.  **Ivanka Trump**

Title: Business Executive / Advisor to President (Former)

Service Address:

The Trump Organization

725 Fifth Avenue, New York, NY 10022

446.  **Donald Trump Jr.**

Title: Business Executive, The Trump Organization

Service Address:

The Trump Organization

725 Fifth Avenue, New York, NY 10022

447.  **Eric Trump**

Title: Business Executive, The Trump Organization

Service Address:

The Trump Organization

725 Fifth Avenue, New York, NY 10022

448.  **Melania Trump**

Title: Former First Lady / Businesswoman

Service Address:

Office of Melania Trump

Mar-a-Lago Club

1100 S Ocean Blvd

Palm Beach, FL 33480

449.  **Ivana Trump** *(Deceased)*

Title: Former Wife of Donald Trump

Last Known Business Address (historical):

c/o The Trump Organization

725 Fifth Avenue

New York, NY 10022

450.  **Marla Maples**

Title: Actress / Former Wife of Donald Trump

Service Address:

c/o The Trump Organization

725 Fifth Avenue

New York, NY 10022

451.  **Tiffany Trump**

Title: Public Figure / Daughter of Donald Trump

Service Address:

c/o The Trump Organization

725 Fifth Avenue

New York, NY 10022

452.    **Lara Trump**

Title: Political Commentator / Former TV Producer

Service Address:

c/o Trump Campaign Headquarters

725 Fifth Avenue

New York, NY 10022

453.    **Bill Clinton**

Title: Former U.S. President

Service Address:

Office of William J. Clinton

1271 Avenue of the Americas, 42nd Floor

New York, NY 10020

454.    **Hillary Clinton**

Title: Former Secretary of State / First Lady / U.S. Senator

Service Address:

Office of Hillary Rodham Clinton

120 West 45th Street, Suite 2700

New York, NY 10036

455.    **Kamala Harris**

   Title: Vice President of the United States

   Service Address:

   The White House

   1600 Pennsylvania Avenue NW

   Washington, DC 20500

456.    **Barack Obama**

   Title: Former U.S. President

   Service Address:

   Office of Barack and Michelle Obama

   Obama Foundation

   5235 South Harper Court

   Chicago, IL 60615

457.    **Michelle Obama**

   Title: Former First Lady

   Service Address:

   Obama Foundation

   5235 South Harper Court

   Chicago, IL 60615

458.    **Joe Biden**

   Title: Vice President of the United States

   Service Address:

   The Vice President's Office

Eisenhower Executive Office Building

1650 Pennsylvania Avenue NW

Washington, DC 20501

459.  **Hunter Biden (Robert Hunter Biden)**

Title: Private citizen; attorney and consultant

Service Address:

(Previously disclosed)

Buchanan Ingersoll & Rooney PC

Union Trust Building

501 Grant Street, Suite 200

Pittsburgh, PA 15219

(Also operates through private investment firms)

460.  **Ashley Blazer Biden**

Title: Social worker; activist

Service Address:

(Private citizen; no public government or corporate address)

6401 Germantown Avenue, Philadelphia, PA 19144 (Biden Center for Social Change)

461.  **Trump Media & Technology Group (TMTG)**

Title: Business Entity with Trump Ownership

Service Address:

350 Fifth Avenue, 59th Floor

New York, NY 10118

462. **The Trump Organization**

Title: Holding Company for Most Trump Businesses (Real Estate, Licensing, etc.)

Service Address:

725 Fifth Avenue

New York, NY 10022

463. **Trump Hotels & Casino Resorts**

Title: Hotel and Casino Operations *(Historically Relevant, Mostly Divested)*

Service Address:

725 Fifth Avenue

New York, NY 10022

464. **Trump International Hotel & Tower New York**

Title: Luxury Hotel and Residential Tower

Service Address:

One Central Park West

New York, NY 10023

465. **Trump National Golf Club – Bedminster**

Title: Golf Courses and Clubs

Service Address:

900 Lamington Road

Bedminster, NJ 07921

466. **Trump National Golf Club – Palm Beach**

Title: Golf Courses and Clubs

Service Address:

551 S. County Road

Palm Beach, FL 33480

467.  **Trump National Golf Club – Los Angeles**

Title: Golf Courses and Clubs

Service Address:

1 Trump National Drive

Rancho Palos Verdes, CA 90275

468.  **Trump International Hotel Las Vegas**

Title: Hotel and Condo Tower

Service Address:

2000 Fashion Show Drive

Las Vegas, NV 89109

469.  **Trump Organization Commercial LLC**

Title: Commercial Leasing and Operations

Service Address:

725 Fifth Avenue

New York, NY 10022

470.  **Trump Tower Commercial LLC**

Title: Commercial Leasing Entity for Trump Tower

Service Address:

725 Fifth Avenue

New York, NY 10022

471.    **Trump Productions LLC**

Title: Media and Production Company (e.g., *The Apprentice*)

Service Address:

725 Fifth Avenue

New York, NY 10022

472.    **Trump Model Management LLC** *(Now Closed)*

Title: Modeling Agency (Historically Relevant)

Service Address:

725 Fifth Avenue

New York, NY 10022

473.    **Trump Parc and Trump Parc East**

Title: Residential Condominiums

Service Address:

157 West 57th Street

New York, NY 10019

474.    **Trump Park Avenue**

Title: Residential Condominium

Service Address:

502 Park Avenue

New York, NY 10022

475.    **Trump Place LLC**

Title: Residential and Commercial Real Estate

Service Address:

725 Fifth Avenue

New York, NY 10022

476.    **Trump International Realty**

Title: Real Estate Brokerage

Service Address:

725 Fifth Avenue

New York, NY 10022

477.    **Trump Entertainment Resorts, Inc.**

Title: Casino and Resort Operator *(Mostly Divested)*

Service Address:

725 Fifth Avenue

New York, NY 10022

478.    **Fox News Network, LLC**

Title: Media Corporation / National News Broadcaster

Service Address:

CT Corporation System (Registered Agent)

28 Liberty Street

New York, NY 10005

(Also served at Headquarters)

1211 Avenue of the Americas

New York, NY 10036

479.    **Suzanne Scott**

Title: Chief Executive Officer, Fox News Media

Service Address:

Fox News Headquarters

1211 Avenue of the Americas

New York, NY 10036

THE JPMORGAN- GOVERNMENT "CASH FOR KIDS" ENTERPRISE (BANKS et al.)-
STAND ACCUSED OF COUNT TWO: FINANCIAL CRIMES, MONEY LAUNDERING,
AND CONSPIRACY TO FUND AND CONCEAL SYSTEMIC CHILD TRAFFICKING
THROUGH SUBLIMINAL MESSAGING, STRATEGIC TRAFFICKING, TITLE IV-E
SECURITIES, AND AI-MANIPULATED ACCOUNT FRAUD.

480.   **JPMorgan Chase & Co.**

*Title:* Financial Institution / Primary Defendant

*Service Address:*

Corporation Service Company (Registered Agent)

80 State Street, Albany, NY 12207

(Also served at Headquarters)

383 Madison Avenue, New York, NY 10179

481.   **Jamie Dimon**

*Title:* Chairman and CEO, JPMorgan Chase & Co.

*Service Address:*

JPMorgan Chase & Co. Headquarters

383 Madison Avenue, New York, NY 10179

482.   **The Walt Disney Company**

483.    Title: Global Entertainment Conglomerate

Service Address:

The Walt Disney Company

500 South Buena Vista Street

Burbank, CA 91521

484.    **Walt Disney Studios-** Title: Film & Television Production Division (Disney)

Service Address:

Walt Disney Studios

500 South Buena Vista Street

Burbank, CA 9152

485.    **Pixar Animation Studios-** Title: Animation Studio (Subsidiary of Disney)

Service Address:

Pixar Animation Studios

1200 Park Avenue

Emeryville, CA 94608

486.    **ABC (American Broadcasting Company)-** Title: Television Network (Owned by

Disney) Service Address: ABC, Inc.

77 West 66th Street

New York, NY 10023

487.    **Goldman Sachs Group, Inc.**

*Title:* Financial Institution

*Service Address:*

CT Corporation System (Registered Agent)

28 Liberty Street, New York, NY 10005

(Also served at Headquarters)

200 West Street, New York, NY 10282

488.    **David Solomon**

*Title:* Chairman and CEO, Goldman Sachs Group, Inc.

*Service Address:*

Goldman Sachs Headquarters

200 West Street, New York, NY 10282

489.    **Bank of America Corporation**

*Title:* Financial Institution

*Service Address:*

Bank of America, N.A. Registered Agent

Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808

(Also served at Headquarters)

100 North Tryon Street, Charlotte, NC 28255

490.    **Brian Moynihan**

*Title:* Chairman and CEO, Bank of America Corporation

*Service Address:*

Bank of America Headquarters

100 North Tryon Street, Charlotte, NC 28255

491.    **Wells Fargo & Company**

*Title:* Financial Institution

*Service Address:*

Corporation Service Company

251 Little Falls Drive, Wilmington, DE 19808

(Also served at Headquarters)

420 Montgomery Street, San Francisco, CA 94104

492.    **Charles Scharf**

*Title:* CEO, Wells Fargo & Company

*Service Address:*

Wells Fargo Headquarters

420 Montgomery Street, San Francisco, CA 94104

493.    **Deutsche Bank AG (U.S. Operations)**

*Title:* Financial Institution

*Service Address:*

Corporation Service Company

80 State Street, Albany, NY 12207

(Also served at U.S. Headquarters)

60 Wall Street, New York, NY 10005

494.    **Christian Sewing**

*Title:* CEO, Deutsche Bank AG

*Service Address:*

Deutsche Bank Headquarters

Taunusanlage 12, 60325 Frankfurt am Main, Germany

(For U.S. purposes, serve at 60 Wall Street, New York, NY 10005)

495.   **Citigroup Inc.**

*Title:* Financial Institution

*Service Address:*

CT Corporation System

28 Liberty Street, New York, NY 10005

(Also served at Headquarters)

388 Greenwich Street, New York, NY 10013

496.   **Jane Fraser**

*Title:* CEO, Citigroup Inc.

*Service Address:*

Citigroup Headquarters

388 Greenwich Street, New York, NY 10013

497.   **Jerome H. Powell**

Title: Chair, Board of Governors of the Federal Reserve System

Service Address:

Federal Reserve Board

20th Street and Constitution Avenue NW

Washington, DC 20551

498.   **Federal Reserve System (The Fed)**

Title: Central Bank of the United States

Service Address:

Board of Governors

20th Street and Constitution Avenue NW

Washington, DC 20551

499.    **Glen Dubin**

Title: Hedge Fund Manager / Businessman

Service Address:

Highbridge Capital Management

Citi Building

Citigroup Center

153 East 53rd Street

New York, NY 10022

500.    **The Vanguard Group-** 100 Vanguard Blvd Malvern, PA 19355

501.    **Tim Buckley- CEO**

502.    **BlackRock, Inc.- Address:** 55 East 52nd Street New York, NY 10055

503.     **Larry Fink- CEO**

504.    **State Street Global Advisors-** One Iron Street Boston, MA 02210

505.    **Cyrus Taraporevala**- CEO

506.    **Geode Capital Management-** 250 Summer Street Boston, MA 02210

507.    **Seth Bernstein-** CEO

508.    **State Farm Insurance Companies -** One State Farm Plaza Bloomington, IL 61710

509.    **Michael L. Tipsord- UBS Asset Management-** 1285 Avenue of the Americas New York, NY 10019

510.    **Sabine Keller-Busse- CEO**

511.    **Marwan M. Forzley**- 277 Park Avenue

New York, NY 10172

512.    **Morgan Stanley-** 1585 Broadway New York, NY 10036

513.    **James Gorman-** CEO

514.    **Northern Trust Global Investments-** 50 South LaSalle Street Chicago, IL 60603

515.    **Michael O'Grady- CEO**

516.    **Norges Bank Investment Management-** Bankplassen 2 Oslo, Norway

THE ARTIFICIAL INTELLIGENCE SURVEILLANCE & EXPLOITATION ENTERPRISE

(PREDICTIVE ANALYTICS COMPANIES)- STAND ACCUSED OF COUNT FIVE:

UNLAWFUL SURVEILLANCE, PREDICTIVE TRAFFICKING, AND CONSPIRACY TO

DEVELOP AND DEPLOY ARTIFICIAL INTELLIGENCE TO TARGET, TRACK, AND

EXPLOIT CHILDREN FOR PROFIT.

517.    **Nicolai Tangen- CEO**

518.    **SAS Institute Inc.**

Title: AI Analytics Provider

Service Address:

Corporation Service Company

300 S Spring Street, Suite 900, Little Rock, AR 72201

(Also served at Headquarters)

100 SAS Campus Drive, Cary, NC 27513

519.    **Jim Goodnight**

Title: Chairman & CEO, SAS Institute Inc.

Service Address:

SAS Headquarters

100 SAS Campus Drive, Cary, NC 27513

520.  **Casebook PBC**

Title: Child Welfare Case Management Software Provider

Service Address:

244 Fifth Avenue, Suite T248, New York, NY 10001

521.  **Tristan Louis**

Title: President & CEO, Casebook PBC

Service Address:

Casebook Headquarters

244 Fifth Avenue, Suite T248, New York, NY 10001

522.  **Augintel**

Title: NLP Analytics Provider for Child Welfare Agencies

Service Address:

Registered Agent

Corporation Service Company

3100 Dundee Road, Northbrook, IL 60062

523.  **Marty Elisco**

Title: Chairman & CEO, Augintel

Service Address:

Augintel Headquarters

3100 Dundee Road, Northbrook, IL 60062

524.    **NetOwl (SRA International)**

Title: Multilingual Text & Identity Analytics Provider

Service Address:

Corporation Service Company

3150 Fairview Park Drive, Falls Church, VA 22042

525.    **Chikako Negoro**

Title: CEO, SRA International (NetOwl's Parent Company)

Service Address:

SRA Headquarters

4300 Fair Lakes Court, Fairfax, VA 22033

526.    **LexisNexis Risk Solutions Inc.**

Title: Data Analytics & Identity Verification Services

Service Address:

CT Corporation System

1200 South Pine Island Road, Plantation, FL 33324

(Also served at Headquarters)

1000 Alderman Drive, Alpharetta, GA 30005

527.    **Mark Kelsey**

Title: CEO, LexisNexis Risk Solutions Inc.

Service Address:

LexisNexis Headquarters

1000 Alderman Drive, Alpharetta, GA 30005

THE HOLLYWOOD FREAK OFF ENTERPRISE (CELEBRITIES et al.)- STAND ACCUSED

OF COUNT FOUR- CHILD TRAFFICKING, RITUAL ABUSE, AND CONSPIRACY TO

COMMIT RACKETEERING.

528.   **Prince Harry**

Title: Duke of Sussex

Service Address (for business purposes):

Archewell Foundation

9665 Wilshire Blvd, Suite 500

Beverly Hills, CA 90212

529.   **Princess Beatrice of York**

Title: British Royal Family

Service Address (official):

Royal Communications

Buckingham Palace

London SW1A 1AA

United Kingdom

530.   **Princess Eugenie of York**

Title: British Royal Family

Service Address (official):

Royal Communications

Buckingham Palace

London SW1A 1AA

United Kingdom

531.    **Prince Andrew, Duke of York-** Title: British Royal / Alleged Epstein Associate

**Service Address:**

Royal Communications

Buckingham Palace

London SW1A 1AA

United Kingdom

532.    **Princess Charlotte Casiraghi of Monaco**

Title: Monaco Royal Family

Service Address:

Palais Princier de Monaco

98015 Monaco

533.    **Prince Albert II of Monaco**

Title: Sovereign Prince of Monaco

Service Address:

Palais Princier de Monaco

98015 Monaco

534.    **Sheikha Mozah bint Nasser**

Title: Qatari Royal & Philanthropist (listed in Epstein's "Little Black Book")

Service Address:

Qatar Foundation

PO Box 5825

Doha, Qatar

535.    **Princess Madeleine of Sweden**

Title: Swedish Princess (listed in Epstein's "Little Black Book")

Service Address:

Office of Princess Madeleine

Stockholm Royal Palace

107 70 Stockholm

Sweden

536.    **Crown Prince Pavlos of Greece**

Title: Greek Crown Prince (listed in Epstein's "Little Black Book")

Service Address:

Office of Crown Prince Pavlos

Tatoi Palace Estate

Spata, Attica

Greece

537.    **Marie-Chantal, Crown Princess of Greece**

Title: Greek Royal & Businesswoman (listed in Epstein's "Little Black Book")

Service Address:

Prince Pavlos & Princess Marie-Chantal Residence

Glyfada, Athens

Greece

538.    **Lady Victoria Hervey**

Title: British Socialite (listed in Epstein's "Little Black Book")

Service Address:

c/o Modeling/Representation Agency

London, UK

539.   **Countess Luann de Lesseps**

Title: Reality Star (Real Housewives) with French Noble Title (connected socially to

Epstein's network)

Service Address:

c/o Production Company & Agent

New York, NY

540.   **Princess Firyal of Jordan**

Title: Jordanian Royal & Humanitarian (listed in Epstein's "Little Black Book")

Service Address:

Royal Hashemite Court

Amman, Jordan

541.   **Lady Kitty Spencer**

Title: British Aristocrat & Model (listed in Epstein's "Little Black Book")

Service Address:

c/o Family Estate & Modeling Agency

London, UK

542.   **Harvey Weinstein**

Film Producer (former)

Weinstein Company (defunct)

99 Hudson St, New York, NY 10013 (former HQ)

543.    **Darren Indyke**

Former Weinstein assistant/associate

— No public official business address available

544.    **Richard Kahn**

Weinstein business associate

— No public official business address available

545.    **Terrence Thornton (Juicy J)**

Rapper, music producer

Taylor Gang Records

830 S Front St, Philadelphia, PA 19147 (approximate)

546.    **Shelley Massenburg-Smith**

Former HBO executive

HBO (WarnerMedia)

30 Hudson Yards, New York, NY 10001

547.    **David Boies**

Attorney, Boies Schiller Flexner LLP

55 Hudson Yards, New York, NY 10001

548.    **Milton Brown**

Attorney (specific firm not publicly identified)

— No public address available

549.    **Marcelo Claure**

Business Executive (SoftBank Group, Sprint)

SoftBank Group International

247 Park Ave, New York, NY 10167

550. **Virgil Abloh**

Fashion Designer (Off-White, Louis Vuitton - deceased)

Louis Vuitton Americas

1 World Trade Center, New York, NY 10007

551. **Sir Philip Green**

British Retail Businessman (Arcadia Group)

Arcadia Group Headquarters

1 Montague St, London WC1B 5BP, United Kingdom

552. **Carrie Capron**

Former federal prosecutor

— No publicly listed office address

553. **Michael Botticelli**

Former Director, Office of National Drug Control Policy (ONDCP)

Office of National Drug Control Policy

750 17th St NW, Washington, DC 20503

554. **Paris Hilton**

Socialite & entrepreneur

Paris Hilton Enterprises (private)

— No public business address available

555. **Kris Jenner** – Kardashian matriarch & influencer

Jenner Communications

233 Spring St., Los Angeles, CA 90013

556. **Al Sharpton** – Civil rights activist

National Action Network

106 West 145th Street, New York, NY 10039

557. **Jesse Jackson** – Civil rights leader

Rainbow PUSH Coalition

930 E. 50th Street, Chicago, IL 60615

558. **Cory Booker** – U.S. Senator

359 Dirksen Senate Office Building, Washington, DC 20510

559. **Charlie Rangel** – Former NY Congressman

Private practice; no public office address

560. **Maxine Waters** – U.S. Congresswoman

2134 Rayburn House Office Building, Washington, DC 20515

561. **Rahm Emanuel** – Former Chicago Mayor

Emanuel Strategies LLC

875 N Michigan Ave, Suite 3930, Chicago, IL 60611

562. **Michael Bloomberg** – Former NYC Mayor

Bloomberg LP Headquarters

731 Lexington Avenue, New York, NY 10022

563. **Eric Adams** – Current NYC Mayor

City Hall, New York, NY 10007

564.    **Beyoncé Giselle Knowles**– Singer & cultural icon

Parkwood Entertainment

3200 W. Olympic Blvd., Los Angeles, CA 90006

565.    **Jennifer Lopez** – Singer & actress

Nuyorican Productions

7900 Sunset Blvd, Los Angeles, CA 90046

566.    **Kim Kardashian** – Reality star & entrepreneur

KKW Beauty Headquarters

9201 Sunset Blvd, West Hollywood, CA 90069

567.    **John Kerry** – Former Secretary of State

Kerry Group (Consulting)

200 Clarendon St., Boston, MA 02116

568.    **Deval Patrick** – Former Massachusetts Governor

Bain Capital

200 Clarendon St., Boston, MA 02116

569.    **Alexandria Ocasio-Cortez (AOC)** – U.S. Congresswoman

1239 Longworth House Office Building, Washington, DC 20515

570.    **Cynthia Nixon** – Actress & former NY gubernatorial candidate

(No public business address; private management)

571.    **Steven Aaron Jordan**- "Stevie J" Producer/TV personality

Stevie J Enterprises

(No public office address)

572. **Caresha Romeka Brownlee**- Yung Miami – Rap duo member (City Girls)

Quality Control Music

6300 Peachtree Dunwoody Rd NE, Atlanta, GA 30328

573. **Rev. Milton Biggham**- Georgia Mass Choir, Gospel ensemble

5045 Peachtree Industrial Blvd, Atlanta, GA 30341

574. **Donald Lawrence** – Gospel songwriter/producer

Donald Lawrence Music Group

(No public office address)

575. **Taylor Swift** – Singer

Taylor Swift Management

1600 Vine St., Los Angeles, CA 90028

576. **Ariana Grande** – Actress & singer

Republic Records

1755 Broadway, New York, NY 10019

577. **Cassie Ventura** – Singer/model & Diddy's former partner

Ventura Music Group

(No public office address- Awaiting Discovery)

578. **Jacky Clark Chisholm**- The Clark Sisters – Gospel music group

(No public business address- Awaiting Discovery)

579. **Denise Clark Bradford**- The Clark Sisters – Gospel music group

(No public business address- Awaiting Discovery)

580. **Elbernita "Twinkie" Clark- The Clark Sisters** – Gospel music group

(No public business address- Awaiting Discovery)

581. **Dorinda Clark-Cole- The Clark Sisters** – Gospel music group

(No public business address- Awaiting Discovery)

582. **Karen Clark Sheard- The Clark Sisters** – Gospel music group

(No public business address- Awaiting Discovery)

583. **Bishop Thomas Dexter Jakes** – Pastor & speaker

The Potter's House

6777 Forest Ln., Dallas, TX 75230

584. **DeForrest Taylor** – Music professional

(No public office address)

585. **Smokie Norful** – Gospel singer

Integrity Music

11200 SW 34th St, Oklahoma City, OK 73179

586. **Jose Cruz** – Gospel singer

(No public business address)

587. **Faheem Muhammad** – Music industry figure

(No public office address)

588. **Robert Rihmeek Williams**- Redacted Philly Rapper (allegedly "Meek Mill") – Rap

artist

Dream Chasers Records

Philadelphia, PA (No exact public office address)

589. **Shawn Corey Carter**- "Jay-Z" Rap mogul & entrepreneur

Roc Nation

810 7th Avenue, New York, NY 10019

590.   **Kanye West** – Rapper & producer

DONDA (West's creative company)

8655 Melrose Ave, West Hollywood, CA 90069

591.   **Mary J. Blige** – R&B singer

Mary J. Blige Enterprises

(No public office address)

592.   **Leonardo DiCaprio** – Actor & Hollywood elite

Appian Way Productions

1633 Abbot Kinney Blvd, Venice, CA 90291

593.   **Usher Raymond IV** - "Usher" R&B superstar

US Records

7755 Sunset Blvd, Los Angeles, CA 90046

594.   **Robyn Rihanna Fenty** – Global pop star

Fenty Beauty Headquarters

7700 Beverly Blvd, Los Angeles, CA 90036

595.   **Mariah Carey** – Diva singer

Mariah Carey Productions

(No public business address)

596.   **Pharrell Williams** – Producer/singer

I Am Other

2220 Colorado Ave, Santa Monica, CA 90404

597.    **Curtis James Jackson III**- "50 Cent" – Rap heavyweight

G-Unit Records

1321 6th Ave, New York, NY 10019

598.    **Kimberly Denise Jones**- "Lil' Kim" – Rap icon

Queen Bee Entertainment

(No public office address- Awaiting Discovery)

599.    **Aubrey Drake Graham**- "Drake" Rapper

OVO Sound

250 Wythe Ave, Brooklyn, NY 11249

600.    **Calvin Cordozar Broadus Jr.** - "Snoop Dogg" Rap legend

Doggy Style Records

2600 Wilshire Blvd, Santa Monica, CA 90403

601.    **Alicia Augello Cook**- "Alicia Keys" Singer-songwriter

AK Worldwide

(No public office address)

602.    **Chris Brown** – R&B star

CBE (Chris Brown Entertainment)

8765 Sunset Blvd, West Hollywood, CA 90069

603.    **William Leonard Roberts II**- "Rick Ross"  Rap heavyweight

Maybach Music Group

475 Park Ave S, New York, NY 10016

604.  **Onika Tanya Maraj-** "Nicki Minaj" Rap queen

Young Money Entertainment

433 W 158th St, New York, NY 10032

605.  **Tyler Gregory Okonma-** "Tyler, The Creator" Rapper/producer

Golf Wang

(No public office address)

606.  **Megan Jovon Ruth Pete-** "Megan Thee Stallion" Hit-making rapper

1500 Broadway, New York, NY 10036 (300 Entertainment)

607.  **Austin Richard Post-** "Post Malone" Genre-defying singer

Republic Records

1755 Broadway, New York, NY 10019

608.  **Jacques Bermon Webster II-** "Travis Scott" Rapper/producer

Cactus Jack Records

(No public office address)

609.  **Rakim Athelaston Mayers-** "A$AP Rocky" Rapper & fashion star

ASAP Worldwide

(No public office address)

610.  **Belcalis Marlenis Almánzar-** "Cardi B" Rap star & reality star

Atlantic Records

1633 Broadway, New York, NY 10019

611.  **Andre Romelle Young-** "Dr. Dre" Producer/rapper

Aftermath Entertainment

2131 Sunset Blvd, Los Angeles, CA 90026

612.    **James Todd Smith-** " LL Cool J" – Rap pioneer

Rock the Bells Records

(No public office address- Awaiting Discovery)

613.    **Kasseem Daoud Dean**- "Swizz Beatz" – Producer

Full Surface Records

(No public office address- Awaiting Discovery)

614.    **Teyana Taylor** – R&B singer/actress

GOOD Music

620 N. La Brea Ave, Los Angeles, CA 90036

615.    **Sean Michael Leonard Anderson**- "Big Sean" Rapper

G.O.O.D. Music

620 N. La Brea Ave, Los Angeles, CA 90036

616.    **Nayvadius DeMun Wilburn**- "Future" Rap star

Freebandz Records

(No public office address)

617.    **Thomas Wesley Pentz**- "Diplo" DJ/producer

Mad Decent

2801 N. Miami Ave, Miami, FL 33127

618.    **Kiari Kendrell Cephus**- "Offset" Rapper (Migos)

Quality Control Music

6300 Peachtree Dunwoody Rd NE, Atlanta, GA 30328

619.    **Diamonté Quiava Valentin Harper**- "Saweetie" Rap & media personality

Warner Records

1633 Broadway, New York, NY 10019

620.    **Melissa Viviane Jefferso**n- "Lizzo" Pop/funk singer

Nice Life Recording Company

(No public office address)

621.    **Normani Kordei Hamilton**– Pop/R&B singer

RCA Records

550 Madison Ave, New York, NY 10022

622.    **Miguel Jontel Pimentel**– R&B singer

ByStorm Entertainment

(No public office address- Awaiting Discovery)

623.    **Ellen DeGeneres** – Comedian/Talk-show host

Ellen Digital Ventures

Warner Bros. Studios, Burbank, CA

624.    **Kevin Hart** – Comedian/actor

Hartbeat Productions

(No public office address- Awaiting Discovery)

625.    **George Kusunoki Miller**– "Joji," Music artist,

88rising Inc. 135 W 20th St, Unit 401 New York, NY 10011

626.    **Jamie Foxx** – Actor/musician

FoxxHound Music

(No public office address- Awaiting Discovery)

627.    **Oprah Winfrey** – Media mogul

OWN Network Headquarters

395 Hudson Street, New York, NY 10014

628.    **Quincy Jones** – Music legend

Quincy Jones Productions

(No public office address- Awaiting Discovery)

629.    **Khaled Mohammed Khaled**- "DJ Khaled" Music producer

We The Best Music Group

(No public office address- Awaiting Discovery)

630.    **Lenny Kravitz** – Rock musician/actor

Roxie Records

(No public office address- Awaiting Discovery)

631.    **Madonna Louise Ciccone**– Pop icon

Maverick Management

9255 Sunset Blvd, Beverly Hills, CA 90210

632.    **Lupita Nyong'o** – Oscar-winning actress

(No public business address- Awaiting Discovery)

633.    **Sean Penn** – Actor/activist

(No public business address- Awaiting Discovery)

634.    **Tyrese Gibson** – Actor/singer

Voltron Recordz

(No public office address- Awaiting Discovery)

635.  **Michael B. Jordan** – Actor

Outlier Society Productions

(No public office address- Awaiting Discovery)

636.  **Adele Laurie Blue Adkins**– Singer-songwriter

XL Recordings

160 Pentonville Rd, London N1 9JP, UK (main office)

637.  **Steve Harvey** – Comedian/host

Steve Harvey Global

2400 Wilshire Blvd, Santa Monica, CA 90403

638.  **Chris Rock** – Comedian; part of celebrity networks

(No public business address- Awaiting Discovery)

639.  **Eva Longoria** – Actress/producer; linked to Hollywood and social elite

UnbeliEVAble Entertainment

(No public office address- Awaiting Discovery)

640.  **Alani Nicole Vázquez**- "La La Anthony" TV personality; associated with Diddy's network

(No public office address)

641.  **Ryan Reynolds** – Actor/businessman; linked socially to Hollywood elite circles connected to Epstein's and Diddy's networks

Maximum Effort Productions

(No public office address- Awaiting Discovery)

642.  **Mark Wahlberg** – Actor/producer; associated with entertainment industry figures connected to elite social networks

Closest To The Whole Production

(No public office address- Awaiting Discovery)

643.  **Cara Delevingne** – Model/actress; connected to high-profile fashion and celebrity circles overlapping Epstein and Diddy's networks

(No public business address- Awaiting Discovery)

644.  **Iggy Azalea** – Rapper; linked to music industry elites related to Diddy's entertainment network

(No public office address- Awaiting Discovery)

645.  **Charlize Theron** – Actress; part of Hollywood elite with connections to influential social networks

Denver and Delilah Productions

(No public office address- Awaiting Discovery)

646.  **Justin Timberlake** – Singer/actor; associated with music and entertainment circles linked to Diddy

Tennman Entertainment

(No public office address- Awaiting Discovery)

647.  **Gigi Hadid** – Model; connected to elite fashion and social networks overlapping Epstein's and Diddy's spheres

IMG Models

150 East 58th Street, New York, NY 10155

648.  **Bella Hadid** – Model; part of high-profile fashion and celebrity circles

IMG Models

150 East 58th Street, New York, NY 10155

649. **Zoë Kravitz** – Actress/musician; connected to elite entertainment networks

(No public business address- Awaiting Discovery)

650. **Sofía Vergara** – Actress; associated with Hollywood social elites

Latin World Entertainment

(No public office address)

651. **Shakira** – Singer; linked to global entertainment networks overlapping with elite

social circles

Sony Music Latin

25 Madison Avenue, New York, NY 10010

652. **Floyd Mayweather** – Boxer/businessman; linked to celebrity and business elite

social networks

Mayweather Promotions

2311 W. Sahara Ave, Las Vegas, NV 89102

653. **Lewis Hamilton** – F1 champion; part of global elite sports and social networks

(No public office address- Awaiting Discovery)

654. **Blake Lively** – Actress; linked socially to Hollywood elite

(No public business address- Awaiting Discovery)

655. **Prince Andrew** – Duke of York (British Royal)

Business Correspondence Address:

Buckingham Palace

London, SW1A 1AA, United Kingdom

Phone: (+44) 20 7930 4832

656.  **Glenn Dubin** – Hedge-Fund Manager

Business Address:

Dubin & Co. LP

450 Park Avenue, 25th Floor

New York, NY 10022

657.  **Alan Dershowitz** – Attorney / Harvard Law Professor

Business Address:

Harvard Law School

1575 Massachusetts Avenue, Hauser Hall 520

Cambridge, MA 02138

Phone: (617) 495-4642

658.  **David Copperfield** – Magician / Entertainer

Business Address:

MGM Grand Hotel & Casino

3799 S Las Vegas Blvd

Las Vegas, NV 89109

Phone: (702) 891-7777

659.  **Michael Jackson** – Musician (deceased)

Business Address:

Neverland Ranch

5225 Figueroa Mountain Road

Los Olivos, CA 93441

Phone: (805) 688-2000

660.  **Stephen Hawking** – Theoretical Physicist (deceased)

Business Address:

University of Cambridge

Department of Applied Mathematics and Theoretical Physics

Wilberforce Road

Cambridge, CB3 0WA, United Kingdom

Phone: (+44) 1223 337 200

661.  **Bill Richardson** – Former Governor of New Mexico

Business Address:

The Richardson Center for Global Engagement

2201 12th Street NW

Albuquerque, NM 87104

Phone: (505) 842-1200

662.  **George J. Mitchell** – Former U.S. Senate Majority Leader

Business Address:

DLA Piper LLP

500 8th Street NW

Washington, DC 20004

Phone: (202) 799-4000

663.  **Marvin Minsky** – MIT Computer Scientist (deceased)

Business Address:

Massachusetts Institute of Technology (MIT)

Department of Electrical Engineering and Computer Science

77 Massachusetts Avenue

Cambridge, MA 02139

Phone: (617) 253-1000

664.    **Jill Tracy Biden**

Title: First Lady of the United States; educator

Service Address:

The White House

1600 Pennsylvania Avenue NW

Washington, DC 20500

665.    **George Lucas**

Title: Filmmaker and Founder, Lucasfilm Ltd.

Address:

Lucasfilm Ltd.

1 Letterman Drive

San Francisco, CA 94129

666.    **Adam Perry Lang**

Title: Celebrity Chef / Restaurateur

Service Address:

Trois Mec

716 N Highland Ave

Los Angeles, CA 90038

667.    **Aliaune Damala Badara Akon Thiam (Akon)**

Title: Musician / Entrepreneur

Service Address:

Akoin, LLC

1600 Vine St #1216

Los Angeles, CA 90028

668.    **Alan Dershowitz**

Title: Attorney / Legal Scholar

Service Address:

Dershowitz Law Office

41 West 76th Street

New York, NY 10023

669.    **Alberto Pinto (deceased)**

Title: Interior Designer

Service Address:

Lucas/McCabe Interior Design

350 West 50th Street, Suite 1010

New York, NY 10019

670.    **Alec Baldwin**

Title: Actor / Producer

Service Address:

411 Broadway, 6th Floor

New York, NY 10013

671.    **Alyssa Rogers**

Title: Model / Actress

Service Address:

IMG Models

750 Park Ave, New York, NY 10021

672.    **Anderson Cooper**

Title: Journalist / CNN Anchor

Service Address:

CNN Center

One CNN Center

Atlanta, GA 30303

673.    **Andrea Mitrovich**

Title: Actress

Service Address:

Innovative Artists Talent Agency

151 West 19th St #4

New York, NY 10011

674.    **Andres Pastrana**

Title: Former President of Colombia

Service Address:

Colombian Embassy

1724 Massachusetts Ave NW

Washington, DC 20036

675.    **Anthony Kiedis**

Title: Musician (Red Hot Chili Peppers)

Service Address:

Warner Music Group

1633 Broadway

New York, NY 10019

676. **Audrey Raimbault**

Title: Actress / Producer

Service Address:

William Morris Endeavor

9601 Wilshire Blvd

Beverly Hills, CA 90210

677. **Ben Affleck**

Title: Actor / Director / Producer

Service Address:

Artists First

9255 Sunset Blvd, Suite 605

West Hollywood, CA 90069

678. **Bill Hammond**

Title: (If artist)

Service Address:

Art Dealers or Gallery (specific address needed)

679. **Bill Murray**

Title: Actor / Comedian

Service Address:

ICM Partners

10250 Constellation Blvd, Suite 1700

Los Angeles, CA 90067

680.  **Brian Affleck**

Title: Producer

Service Address:

Artists First

9255 Sunset Blvd, Suite 605

West Hollywood, CA 90069

681.  **Caren Casey**

Title: Actress

Service Address:

Innovative Artists Talent Agency

151 West 19th St #4

New York, NY 10011

682.  **Casey Wasserman**

Title: Entertainment Executive

Service Address:

Wasserman Media Group

8887 Sunset Blvd, West Hollywood, CA 90069

683.  **Charlie Sheen**

Title: Actor

Service Address:

United Talent Agency

9336 Civic Center Dr, Beverly Hills, CA 90210

684.    **Chelsea Handler**

Title: Comedian / TV Host

Service Address:

William Morris Endeavor

9601 Wilshire Blvd

Beverly Hills, CA 90210

685.    **Chris Tucker**

Title: Actor / Comedian

Service Address:

United Talent Agency

9336 Civic Center Dr, Beverly Hills, CA 90210

686.    **Chris Wagner**

Title: Professional Ice Hockey Player

Service Address:

Player's NHL Team Office or Agent

687.    **Chrissy Teigen**

Title: Model / TV Personality

Service Address:

IMG Models

750 Park Ave, New York, NY 10021

688.    **Cindy Lopez**

Title: Attorney / Legal Professional

Service Address:

Law Offices of Cindy Lopez

[Exact address unknown ]

689.    **Claire Hazel**

Title: (No widely known public figure, more info needed)

Service Address: Unknown (More details required)

690.    **Courtney Love**

Title: Musician / Actress

Service Address:

Conway Management

8660 Wilshire Blvd, Suite 302

Beverly Hills, CA 90211

691.    **Dan Schneider**

Title: Television Producer / Writer

Service Address:

Schneider's Production Company (Nickelodeon-related)

1515 Broadway, New York, NY 10036

692.    **David Koch (deceased 2019)**

Title: Businessman / Philanthropist (Koch Industries)

Service Address:

Koch Industries, Inc.

4111 East 37th Street North

Wichita, KS 67220

693. **David Yarovesky (Yarvol)**

Title: Film Director

Service Address:

Film Production Company (varies by project) — no fixed public address

694. **Demi Moore**

Title: Actress / Producer

Service Address:

William Morris Endeavor

9601 Wilshire Blvd

Beverly Hills, CA 90210

695. **Doug Band**

Title: Advisor / Business Executive

Service Address:

Teneo Holdings

280 Park Avenue, 11th Floor

New York, NY 10017

696. **Ed Tuttle (deceased)**

Title: Architect / Designer

Service Address: [N/A]

697.  **Ellen Spencer**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

698.  **Emmy Tayler**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

699.  **Fleur Perry Lang**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

700.  **Freya Wissing**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

701.  **Gary Roxburgh**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

702.  **Greg Holbert**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

703.  **Gwen Stefani**

Title: Singer / Songwriter

Service Address:

L.A. Reid Music Group

1600 N. Vine Street, Suite 200

Hollywood, CA 90028

704. **Gwendolyn Beck**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

705. **Hank Coller**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

706. **Heather Mann**

Title: (No widely known public figure, more info needed)

Service Address: Unknown

707. **Henry Rosovsky**

Title: Economist / Former Harvard Dean

Service Address:

Harvard University

Massachusetts Hall

Cambridge, MA 02138

708. **Ray Barzanna**

Title: Psychiatrist / Alleged Epstein Associate

Service Address: [No confirmed public service address available]

709. **Ricardo Legorreta** *(deceased 2011)*

Title: Mexican Architect

Service Address: [N/A]

710.    **Robert Downey Jr.**

Title: Actor

Service Address:

Team Downey

1311 Abbot Kinney Blvd

Venice, CA 90291

711.    **Ron Burke**

Service Address: Unknown

712.    **Sandy Berger** *(deceased 2015)*

Title: Former U.S. National Security Advisor

Service Address: [N/A]

713.    **Seth Green**

Title: Actor / Producer

Service Address:

Cavalry Media

9255 Sunset Blvd, Suite 1000

West Hollywood, CA 90069

714.    **Shelley Harrison**

Service Address: Unknown

715.    **Shelley Lewis**

Service Address: Unknown

716.    **Sophie Biddle**

Service Address: Unknown

717.   **Stefani Germanotta (Lady Gaga)**

Title: Musician / Actress

Service Address:

Atom Factory

345 N Maple Dr #123

Beverly Hills, CA 90210

718.   **Stephen Collins**

Title: Actor

Service Address:

Public record last listed:

Shelter Island, NY (not verified for service)

719.   **Stephen Colbert**

Title: TV Host / Comedian

Service Address:

CBS Studios – The Late Show

1697 Broadway

New York, NY 10019

720.   **Steven Spielberg**

Title: Director / Producer

Service Address:

Amblin Partners

100 Universal City Plaza, Building 477

Universal City, CA 91608

721.  **Steven Tyler**

Title: Musician (Aerosmith)

Service Address:

WME Entertainment

9601 Wilshire Blvd

Beverly Hills, CA 90210

722.  **Svetlana Griaznova**

Title: (likely Epstein associate; details limited)

Service Address: Unknown

723.  **Tiffany Gramza**

Title: (Unverified identity—please clarify if known by other names)

Service Address: Unknown

724.  **Tom Hanks**

Title: Actor / Producer

Service Address:

Playtone Productions

1221 Olympic Blvd

Santa Monica, CA 90404

725.  **Tyler Grasham**

Title: Former Talent Agent (Accused of misconduct)

Service Address: [No active professional listing after firing; address unknown]

726.  **Victor Salva**

Title: Director (Convicted sex offender)

Service Address: Public address generally withheld due to registry status

(Was registered in California)

727.   **Wanda Sykes**

Title: Comedian / Actress

Service Address:

William Morris Endeavor

9601 Wilshire Blvd

Beverly Hills, CA 90210

728.   **Will Ferrell**

Title: Actor / Producer

Service Address:

Gloria Sanchez Productions

1041 N Formosa Ave

West Hollywood, CA 90046

729.   **Will Smith**

Title: Actor / Producer

Service Address:

Westbrook Inc.

9200 Sunset Blvd, Suite 600

West Hollywood, CA 90069

730.   **Woody Allen**

Title: Director / Writer

Service Address:

Perdido Productions

930 Fifth Avenue

New York, NY 10021

731.   **James Franco**

Title: Actor / Director

Service Address: (Awaiting Discovery)

732.   **James Gunn**

Title: Director / Screenwriter (CEO, DC Studios)

Service Address: Warner Bros. Studios, 4000 Warner Blvd, Burbank, CA 91522

733.   **Jean Luc Brunel** *(Deceased 2022)*

Title: Modeling Agent / Epstein Associate

Service Address: (N/A – Deceased)

734.   **Jimmy Kimmel**

Title: Talk Show Host / Comedian

Service Address: ABC Studios, 6834 Hollywood Blvd, Hollywood, CA 90028

735.   **Jean Michelle Gathy**

Title: Architect / Hotel Designer

Service Address: Denniston Architects, 27 Jalan Riong, Bangsar, 59100 Kuala Lumpur,

Malaysia

736.   **Jeffery Jones**

Title: Actor

Service Address: (Awaiting Discovery)

737. **Jim Carrey**

Title: Actor / Artist

Service Address: Represented by WME, 9601 Wilshire Blvd, Beverly Hills, CA 90210

738. **Joe Pagino**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

739. **John Cusack**

Title: Actor

Service Address: William Morris Endeavor, 9601 Wilshire Blvd, Beverly Hills, CA 90210

740. **John Legend**

Title: Musician / Producer

Service Address: LVE, 9255 Sunset Blvd, Suite 800, West Hollywood, CA 90069

741. **Juan Pablo Molyneux**

Title: Interior Designer

Service Address: 29 Rue de Seine, 75006 Paris, France

742. **Juliette Bryant**

Title: Alleged Epstein Victim / Model

Service Address: (Awaiting Discovery)

743. **Justin Roiland**

Title: Animator / Voice Actor (Co-creator of *Rick and Morty*)

Service Address: (Formerly Squanch Games) — (Awaiting Discovery)

744.    **Kathy Griffin**

Title: Comedian / Actress

Service Address: 2466 Century Hill, Los Angeles, CA 90067

745.    **Katy Perry (Katheryn Elizabeth Hudson)**

Title: Musician / Entrepreneur

Service Address: c/o Direct Management Group, 8335 Sunset Blvd, Suite 265, Los

Angeles, CA 90069

746.    **Kelly Spamm**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

747.    **Kevin Spacey**

Title: Actor

Service Address: (Awaiting Discovery – previously represented by CAA)

748.    **Kirsty Rodgers**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

749.    **Larry Summers**

Title: Former U.S. Treasury Secretary / Economist

Service Address: Harvard Kennedy School, 79 John F. Kennedy St, Cambridge, MA

02138

750.    **Larry Visoski**

Title: Former Epstein Pilot

Service Address: (Awaiting Discovery)

751. **Laura Wasserman**

Title: Music Executive / Philanthropist

Service Address: Wasserman Media Group, 10960 Wilshire Blvd, Suite 2200, Los

Angeles, CA 90024

752. **Lawrence Krauss**

Title: Theoretical Physicist / Author

Service Address: (Awaiting Discovery – formerly Arizona State University)

753. **Linda Pinto**

Title: Interior Designer / Epstein Associate (sister of Alberto Pinto)

Service Address: (Awaiting Discovery)

754. **Lisa Summers**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

755. **Lynn Forester de Rothschild**

Title: Businesswoman / CEO, E.L. Rothschild LLC

Service Address: E.L. Rothschild LLC, 767 Fifth Avenue, New York, NY 10153

756. **Mandy Ellison**

Title: (Awaiting Discovery – may be misidentified; no known public figure confirmed)

Service Address: (Awaiting Discovery)

757. **Marc Collins-Rector**

Title: Founder, Digital Entertainment Network / Convicted Sex Offender

Service Address: (Awaiting Discovery – last known extradited from Spain)

758. **Mark Lloyd**

Title: (Awaiting Discovery – possibly former FCC official or unrelated)

Service Address: (Awaiting Discovery)

759. **Marshall Mathers (Eminem)**

Title: Rapper / Producer

Service Address: Shady Records, 270 Lafayette St., Suite 805, New York, NY 10012

760. **Melinda Luntz**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

761. **Meryl Streep**

Title: Actress

Service Address: CAA (Creative Artists Agency), 2000 Avenue of the Stars, Los

Angeles, CA 90067

762. **Michelle Wolf**

Title: Comedian / Writer

Service Address: (Awaiting Discovery – represented by ICM Partners)

763. **Naomi Campbell**

Title: Supermodel / Philanthropist

Service Address: 1 Kalorama Circle NW, Washington, DC 20008 (past reporting address)

764. **Natalie Blachon (De Perrier)**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

765. **Nicole Junkermann**

Title: Investor / NJF Holdings

Service Address: NJF Holdings, 4 New Burlington St., London W1S 2JG, United Kingdom

766. **Oliver Sacks** *(Deceased 2015)*

Title: Neurologist / Author

Service Address: (N/A – Deceased)

767. **Paul Hala**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

768. **Paul Melion**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

769. **Paula Epstein**

Title: (Awaiting Discovery – possibly fictitious or alias)

Service Address: (Awaiting Discovery)

770. **Peter Marino**

Title: Architect / Designer

Service Address: Peter Marino Architect PLLC, 150 E 58th St., 36th Floor, New York, NY 10155

771. **Ellen DeGeneres -** Title: Television Host / Comedian / Media Executive Service Address: c/o The Ellen DeGeneres Campus of the Dian Fossey Gorilla Fund, 1485 Blue

Sky Parkway Pasadena, CA 91105 (For media/legal correspondence, also serve at:

Warner Bros. Studios 4000 Warner Blvd Burbank, CA 91522)

772.   **Pharrell Williams**

Title: Musician / Producer / Designer

Service Address: I Am Other, 1319 Abbot Kinney Blvd., Venice, CA 90291

773.   **Ashton Kutcher-** Title: Actor / Tech Investor / Anti-Trafficking Advocate

(Co-Founder of Thorn)

Service Address:

c/o Katalyst Network

9220 Sunset Blvd, Suite 210

West Hollywood, CA 90069

(For legal service: may also serve via Thorn: Digital Defenders of Children)

Thorn Headquarters

PO Box 1046

Los Angeles, CA 90078

774.   **Quentin Tarantino**

Title: Film Director / Producer

Service Address: William Morris Endeavor, 9601 Wilshire Blvd., Beverly Hills, CA

90210

775.   **Raiph Ellison**

Title: (Awaiting Discovery)

Service Address: (Awaiting Discovery)

776. **Bob Iger**

Title: CEO and Chairman of the Board

Company: The Walt Disney Company

Address:

Walt Disney Studios

500 South Buena Vista Street

Burbank, CA 91521

777. **Steve Bannon**

Title: Political Strategist / Influential Right-Wing Advisor (Host, "War Room" Podcast)

Service Address:

GTV Media Group Inc. (Affiliate)

Buffalo, NY (HQ)

 and

Private Studio, Washington, DC (Podcast "War Room")

778. **Anthony Weiner-** c/o Federal Medical Center Devens (former place of incarceration)

P.O. Box 879 Ayer, MA 01432

779. **John Podesta-** Georgetown University Law Center, McDonough Hall 417 600 New

Jersey Avenue NW Washington, DC 20001

**Credits:**





## X.  CERTIFICATE OF SERVICE

1. I hereby certify that on the **DATE:**  _8_ / _26_ / _25_  a true and exact copy of the

   foregoing was served via email/ mail to all parties of record.

   **Signature:** /s/ Brooke: Nicole- Beninate _____.

   (UD1-207 Without Prejudice)

2. **Print Name:** Brooke: Nicole- Beninate _____

   (*An Enfranchised Living Soul*)

3. **Address:**  144 W Yale Loop _____
                  Irvine, CA 92604

                  _____

                  _____

4. **Email:**  Beninatebrooke221@gmail.com _____

5. **Phone Number:**  (504) 214-7936 _____

6. **TO: [Court's Address]:** 350 W 1st Street, Suite 4311 Los Angeles, CA 90012
                               Electronic Document Submission Web Portal

*A Notary is **NOT** Needed.



msha.ke/phantomoverreach